## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY WHITFIELD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PRIME AGENCY, LLC**<br><br>*Defendant.* | Case No.<br><br>2:26-cv-00327<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### ENTRY OF APPEARANCE

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this January 20, 2026.

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.
> E.D. Pa. # 333687
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com

### CERTIFICATE OF SERVICE

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system on January 20, 2026.

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.

1