## UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| **ANTHONY WHITFIELD** | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) ) | Civil Action No. 2:26-cv-00327-KNS |
| **PRIME AGENCY, LLC** | ) ) ) ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Liz Mills, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to PRIME AGENCY, LLC in Palm Beach County, FL on January 26, 2026 at 10:14 am at 4425 Military Trl, Ste 109, Jupiter, FL 33458-4817 by leaving the following documents with Dominic Decesare who as ATTORNEY is authorized by appointment or by law to receive service of process for PRIME AGENCY, LLC.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT
Race: White, Sex: Male, Est. Age: 45-54, Hair: Brown, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=26.8941583333,-80.1026833333
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Palm Beach County ,

FL   on   1/26/2026   .

/s/ *Liz Mills*
Signature
Liz Mills
+1 (561) 502-1771



Exhibit 1a)