IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**ANTHONY WHITFIELD,**

PLAINTIFF,

V.                    CIVIL ACTION NO.2-26-CV-00327-KNS

**PRIME AGENCY, LLC,**

DEFENDANT

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2026, upon consideration of Defendant's:

• Motion to Dismiss under Rules 12(b)(1) and 12(b)(6),

• Motion to Strike Class Allegations,

• and all related filings,

IT IS HEREBY ORDERED that:

1. The Motion to Dismiss is GRANTED.

2. The Complaint is DISMISSED WITH PREJUDICE.

3. The Motion to Strike Class Allegations is GRANTED.

4. Plaintiff's class allegations are STRICKEN in their entirety.

5. Defendant's Counterclaim for Declaratory Judgment shall proceed.

**SO ORDERED.**

_____

J.

THE HONORABLE KAI N. SCOTT

UNITED STATES DISTRICT JUDGE