IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY WHITFIELD | : | Civil Action |
| | : | |
| v. | : | |
| | : | 2:26-cv-00327 |
| PRIME AGENCY, LLC | : | |

ORDER

AND NOW, this _____ day of _____, 2026 it is hereby

ORDERED that the application of __Anthony Paronich_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
                                                            , J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:26-cv-00327

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT**
**PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, Anthony Paronich the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number CC, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| MA | 11/23/2010 | 678437 |
|  |  |  |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Northern District of Illinois | 7/11/2018 | N/A |
| Eastern District of Michigan | 5/2/2014 | N/A |
| Western District of Wisconsin | 10/9/2014 | N/A |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

_____
(Applicant's Signature)

*February 18, 2026*
(Date)

Name of Applicant's Firm: Paronich Law, P.C.
Address: 350 Lincoln Street, Suite 2400, Hingham, Massachusetts 02043
Telephone Number: 508.221.1510
Email Address: anthony@paronichlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/18/2026
(Date)                                    (Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of <u>Anthony Paronich</u> to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Andrew Perrong | *(signature)* | 10/10/2023 | 333687 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

2657 Mount Carmel Avenue Glenside, Pennsylvania 19038 Telephone: (215) 225-5529

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>February 18, 2026</u>       _____
                 (Date)                                         (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY WHITFIELD | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| PRIME AGENCY, LLC | : | No.:2:26-cv-00327 |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Anthony Paronich__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

To counsel of record for the Defendant.

_____
(Signature of Attorney)
Anthony Paronich
_____
(Name of Attorney)
ANTHONY WHITFIELD
_____
(Name of Moving Party)
FEBRUARY 18, 2026
_____
(Date)

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 23, 2010**, said Court being the highest Court of Record in said Commonwealth:

## Anthony Paronich

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **seventeenth** day of **February**

in the year of our Lord **two thousand and twenty-six.**

*Allison S. Cartwright*

ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County