IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY WHITFIELD | : | |
| *Plaintiff(s)* | : | |
| v. | : | CIVIL NO. 26-0327 |
| PRIME AGENCY, LLC. | : | |
| *Defendant(s)* | : | |

# O R D E R

**AND NOW,** this **27th** day of **FEBRUARY 2026,** upon consideration of the Motion for the Admission *Pro Hac Vice* of, **ANTHONY PARONICH Esquire** to appear on behalf of the **plaintiffs** in the above action (Doc. No. 8), it is **ORDERED** that the Motion (Doc. No. 8) is **GRANTED**. **ANTHONY PARONICH** is admitted to practice before this Court *pro hac vice* as counsel on behalf of **ANTHONY WHITFIELD** in this matter only.

BY THE COURT:

/S/ Kai N. Scott
_____
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**