IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY WHITFIELD,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **PRIME AGENCY, LLC** <br><br> *Defendant.* | Case No. <br><br> 2:26-cv-00327 <br><br> **CLASS ACTION** <br><br> **JURY TRIAL DEMANDED** |

## MOTION FOR EXTENSION OF TIME

The Plaintiff, Anthony Whitfield, respectfully requests that he receive an extension of time to March 9, 2026, to respond to Defendant's motion to dismiss. This additional time is required to address all of the arguments made in the motion as well as due to the press of existing prior business and obligations. Counsel for Plaintiff has corresponded with counsel for Defendant, who demanded that its client may require the Plaintiff make a settlement demand as a condition of the extension, which Plaintiff is not willing to do. As such, the motion is opposed.

Dated: February 27, 2026

Plaintiff,
By Counsel

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff and Proposed Class*

2

**CERTIFICATE OF SERVICE**

      I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

      DATED this February 27, 2026.

                                    */s/ Andrew Roman Perrong*
                                    Andrew Roman Perrong, Esq.