IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY WHITFIELD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PRIME AGENCY, LLC**<br><br>*Defendant.* | Case No.<br><br>2:26-cv-00327<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER GRANTING]**
**MOTION FOR EXTENSION OF TIME**

It is ordered that Plaintiff shall have until March 9, 2026, to respond to Defendant's motion to dismiss (ECF No. 7).

Dated: _____

*BY THE COURT:*

_____ J.