IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY WHITFIELD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br>           PLAINTIFF, <br><br> V. <br><br> PRIME AGENCY, LLC, <br>           DEFENDANT. | : <br> : <br> : <br> : <br> : Civil Action No. 2:26-CV-00327 <br> : <br> : <br> : <br> : |

**DEFENDANT, PRIME AGENCY, LLC'S RESPONSE TO
PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Defendant Prime Agency, LLC ("Defendant"), by and through undersigned counsel, respectfully submits this Response to Plaintiff's Motion for Extension of Time (ECF No. 10), for the limited purpose of correcting the record:

1. Plaintiff's Motion states that Defendant "demanded that its client may require the Plaintiff make a settlement demand as a condition of the extension."

2. That characterization does not accurately reflect the parties' communication. In response to Plaintiff's request for a one-week extension, undersigned counsel stated: "I'll ask the client. They may require that you make a demand as a condition of agreeing. I will let you know." A true and correct copy of that email, dated February 27, 2026, is attached hereto as **Exhibit A**.

3. As reflected in Exhibit A, no demand or ultimatum was issued, and no condition was imposed. Counsel merely indicated that he would consult with his client regarding the request and that a settlement demand might be required as part of agreeing.

4. A mere five (hours) of time has transpired since the email was sent to Plaintiff Counsel and Defendant's counsel has frankly not had a chance to garner the consent of Defendant at this moment.

5. Defendant submits this Response solely to clarify the record concerning the parties' communications and otherwise leaves the requested relief to the Court's discretion and Counsel for Defendant does not have any objection per se to this requested relief.

Respectfully submitted,

/s/ Mark T. Sophocles, Esquire
Mark T. Sophocles, Esq.
21 Industrial Blvd., Suite 201
Paoli, PA 19301
610.651.0105
*Counsel for Defendant Prime Agency, LLC*