IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY WHITFIELD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** : <br>       **PLAINTIFF,** : <br> : <br>    V.            : Civil Action Case No. 2:26-CV-00327 <br> : <br> **PRIME AGENCY, LLC,** : <br>       **DEFENDANT.** : | |

### **PROPOSED ORDER**

AND NOW, this ___ day of _____, 20___, upon consideration of Plaintiff's Motion for Extension of Time, and Defendant's Response thereto, it is hereby ORDERED that the Motion is GRANTED. Plaintiff shall file their response to Defendants Motion to Dismiss on or before March 9, 2026.

BY THE COURT:

_____

J.