# EXHIBIT "A"

# Gmail

Mark Sophocles Esq. <mark@sophocleslaw.com>

---

## Re: Extension Request - Whitfield

---

**Mark Sophocles Esq.** <mark@sophocleslaw.com>
To: Andrew Perrong <a@perronglaw.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>
Bcc: Amer Jammal <amer@pitchperfectsolutions.net>

Fri, Feb 27 at 7:23 AM

I'll ask the client. They may require that you make a demand as a condition of agreeing. I will let you know.


Mark T. Sophocles, Esq.

21 Industrial Blvd., Suite 201
Paoli, PA 19301

610.651.0105
FAX: 610.651.0106
CELL: 215.880.8825


CONFIDENTIALITY NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521and is legally privileged. This message, together with any attachments, is intended only for the addressee. It may contain information which is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use, or any action or reliance on this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone at (215) 880-8825 or by return e-mail and delete the message, along with any attachments.

On Fri, Feb 27, 2026 at 12:23 AM Andrew Perrong <a@perronglaw.com> wrote:
> Counsel,
>
> We intend to seek a week extension within which to respond to the motion to dismiss in this matter. Please let us know if this request is opposed.
> [Quoted text hidden]