IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY WHITFIELD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>　　　　　　PLAINTIFF,<br><br>　　V.<br><br>PRIME AGENCY, LLC,<br>　　　　　　DEFENDANT. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 2:26-CV-00327<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Mark T. Sophocles, Esquire, hereby certify that a true and correct copy of the foregoing *Defendants Response to Plaintiffs Motion for Extension of Time* was electronically filed and will be served upon the persons at the addresses listed below:

Andrew Roman Perrong, Esquire
Perrong Law, LLC
2657 Mount Carmel Avenue
Glenside, PA 19038


　　　　　　　　　　　/s/ Mark T. Sophocles
　　　　　　　　　　　Mark T. Sophocles, Esquire
　　　　　　　　　　　*Attorney for Defendant, Prime Agency, LLC*