IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY WHITFIELD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PRIME AGENCY, LLC**<br><br>*Defendant.* | Case No.<br><br>2:26-cv-00327<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF NON-OPPOSITION TO
## MOTION FOR EXTENSION OF TIME

The Plaintiff, Anthony Whitfield, respectfully files this Notice of Non-Opposition to his Motion for Extension of Time. As the attached email as Exhibit A indicates, the motion is now unopposed.

Dated: March 2, 2026

Plaintiff,
By Counsel

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff and Proposed Class*

## **CERTIFICATE OF SERVICE**

      I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

      DATED this March 2, 2026.

                                  */s/ Andrew Roman Perrong*
                                  Andrew Roman Perrong, Esq.