**Andrew Perrong <a@perronglaw.com>**

---

## Whitfield
1 message

---

**Mark Sophocles Esq.** <mark@sophocleslaw.com>  Fri, Feb 27, 2026 at 2:51 PM
To: Andrew Perrong <a@perronglaw.com>

Mr Perrong:
My client does not object to your extension request. Feel free to send a demand if you want to send one if not we can deal with the Motion or discuss when we meet and confer.

**Mark Thomas Sophocles, Esquire**
**Mark Thomas Sophocles, LLC**
21 Industrial Blvd., Suite 201
Paoli, PA 19301

215.880.8825 (Cellular)
610.651.0105 (Office)
610.651.0106 (Fax)

*CONFIDENTIALITY NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. This message, together with any attachments, is intended only for the addressee. It may contain information which is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use, or any action or reliance on this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone at (215) 880-8825 or by return e-mail and delete the message, along with any attachments.*