IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY WHITFIELD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**PRIME AGENCY, LLC**<br><br>*Defendant.* | Case No.<br><br>2:26-cv-00327<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED ORDER DENYING] DEFENDANT'S MOTION TO DISMISS
### AND
### [PROPOSED ORDER TO SHOW CAUSE]

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the Defendant's Motion to Dismiss is hereby DENIED.

Counsel for Defendant is further ORDERED to show cause, no later than the _____ day of _____, 2026, why he should not be sanctioned for the apparently falsified and/or hallucinated authorities in his motion, as more fully outlined in Plaintiff's opposition to the Motion to Dismiss.

*BY THE COURT:*

_____
J.