🇺🇸 **An official website of the United States government.** Here's how you know. ⌄        Log in to PACER Systems 🔐



Party Search Results

**Search Criteria:** Party Search; Last Name: [U.S. Bank]
**Result Count:** 247 (5 pages)
**Current Page:** 1

| Party Name | Case Number | Case Title |
|---|---|---|
| U.S. BANK (dft) | 2:2005cv06282 | MINCEY v. TRANS UNION, LLC et al |
| U.S. BANK (dft) | 2:2010cv04304 | ROMANO v. AMENDOLIA et al |
| U.S. BANK (cr) | 2:2015cv00167 | BLANCO et al v. U.S. BANK et al |
| U.S. BANK (dft) | 2:2017cv01329 | WARIDI v. STERN & EISENBERG et al |
| U.S. BANK (dft) | 2:2024cv02315 | YOUNG v. U.S. BANK et al |
| U.S. BANK (dft) | 2:2026cv01257 | Warren v. U.S. BANK, N.A. |
| U.S. Bank as Trustee for First Franklin Mortgage Loan Trust, Mortgage Loan Asset Backed Certificates, Series 2007-FFC (dft) | 2:2026cv00255 | Colbert v. NEWREZ, LLC et al |
| U.S. BANK AS TTE/FOR HOME EQUITY TRUST 2004-7 (dft) | 2:2021cv03657 | LEWIS v. DELAWARE COUNTY SHERIFF DEPARTMENT et al |
| U.S. BANK ASSOCIATION (dft) | 2:2011cv07527 | LADEM et al v. MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. et al |
| U.S. BANK ASSOCIATION (dft) | 2:2024cv00777 | BONHAGE et al v. SPECIALIZED LOAN SERVING LLC et al |
| U.S. BANK CORPORATION (dft) | 2:2024cv00204 | KARL v. U.S. BANK CORPORATION |
| U.S. BANK EQUIPMENT FINANCE (pla) | 2:2024cv01041 | U.S. BANK NATIONAL ASSOCIATION v. LTD LAWN & LANDSCAPING, LLC |
| U.S. BANK EQUIPMENT FINANCE (pla) | 2:2023cv03023 | U.S. BANK EQUIPMENT FINANCE, A DIVISION OF U.S. BANK NATIONAL ASSOCIATION v. AZIM TRANSPORTATION, INC. et al |
| U.S. BANK EQUIPMENT FINANCE (pla) | 2:2024cv04346 | U.S. BANK NATIONAL ASSOCIATION v. KMS TRANS, INC. et al |
| U.S. BANK EQUIPMENT FINANCE (pla) | 2:2025cv05597 | U.S. BANK NATIONAL ASSOCIATION D/B/A U.S. BANK |

| Party Name | Case Number | Case Title |
|---|---|---|
| | | EQUIPMENT FINANCE v. EK MULTISERVICE, INC D/B/A EK DEMOLITION |
| U.S. BANK GLOBAL CORPORATE TRUST (dft) | 2:2023cv02416 | ALBERT v. PECO, AN EXELON COMPANY et al |
| U.S. BANK HOME MORTGAGE (3pp) | 2:2007cv02610 | SPROWAL v. SAVINGS FIRST MORTGAGE, LLC et al |
| U.S. BANK HOME MORTGAGE (crc) | 2:2007cv02610 | SPROWAL v. SAVINGS FIRST MORTGAGE, LLC et al |
| U.S. BANK HOME MORTGAGE (crd) | 2:2007cv02610 | SPROWAL v. SAVINGS FIRST MORTGAGE, LLC et al |
| U.S. BANK HOME MORTGAGE (dft) | 2:2007cv02610 | SPROWAL v. SAVINGS FIRST MORTGAGE, LLC et al |
| U.S. BANK N.A. (dft) | 2:2000cv04719 | TAYLOR v. EQUICREDIT CORP., et al |
| U.S. BANK N.A. (dft) | 2:2006mc00147 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. v. VISA U.S.A., INC., et al |
| U.S. BANK N.A. (dft) | 2:2006cv03864 | GUIZARRI v. FREMONT INVESTMENT & LOAN et al |
| U.S. BANK N.A. (dft) | 2:2007cv04328 | JONES et al v. ABN AMRO MORTGAGE GROUP, INC. et al |
| U.S. BANK N.A. (dft) | 2:2001cv05814 | CHANDLER v. EQUICREDIT CORP., et al |
| U.S. BANK N.A. (crc) | 2:2009cv05370 | MACK v. BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION et al |
| U.S. BANK N.A. (dft) | 2:2009cv05370 | MACK v. BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION et al |
| U.S. BANK N.A. (dft) | 2:2013cv06817 | SHAKIB v. TRANS UNION, LLC et al |
| U.S. BANK N.A. (dft) | 2:2014cv04388 | BARON v. TRANS UNION, LLC et al |
| U.S. BANK N.A. (dft) | 5:2016cv00062 | TAGGART v. MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE2 et al |
| U.S. BANK N.A. (dft) | 2:2021cv03124 | ANTON v. U.S. BANK N.A. |
| U.S. BANK N.A., (mov) | 2:1997cv04518 | WILLIAMS, et al v. EMPIRE FUNDING, et al |
| U.S. BANK N.A., (dft) | 2:2024mc00048 | Estate of Ann Boggess et al v. U.S. BANK N.A., et al |
| U.S. BANK NATIONAL (dft) | 2:2002cv06739 | FAIR v. NATIONSCREDIT FINANCIAL SERVICES CORPORATION et al |

| Party Name | Case Number | Case Title |
|---|---|---|
| U.S. BANK NATIONAL ASSOC. (U.S. BANCORP) (res) | 2:2014mc00177 | ELLA LAWRENCE FAMILY TRUST v. U.S. BANK NATIONAL ASSOC. (U.S. BANCORP) et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2003cv04628 | PARKER v. EMC MORTGAGE CORPORATION |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2003cv05452 | CLARK v. U.S. BANK NATIONAL ASSOCIATION et al |
| U.S. BANK NATIONAL ASSOCIATION (unrep) | 2:2003cv05452 | CLARK v. U.S. BANK NATIONAL ASSOCIATION et al |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2003cv06922 | U.S. BANK NATIONAL ASSOCIATION v. WELCOME GROUP INC. et al |
| U.S. BANK NATIONAL ASSOCIATION (mov) | 2:2004cv00865 | U.S. BANK PORTFOLIO SERVICES v. THE MRI CENTERS OF NEW ENGLAND, INC. et al |
| U.S. BANK NATIONAL ASSOCIATION (cd) | 2:2004cv01829 | U.S. BANK PORTFOLIO SERVICES v. CUMBERLAND VALLEY SURGERY CENTER, LLC et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2000cv06028 | MCQUEEN v. BANK OF AMERICA, et al |
| U.S. BANK NATIONAL ASSOCIATION (crd) | 2:2006cv02291 | ESTATE OF CINDY CHMAKOV v. BNC MORTGAGE et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2006cv02291 | ESTATE OF CINDY CHMAKOV v. BNC MORTGAGE et al |
| U.S. BANK NATIONAL ASSOCIATION (unrep) | 2:2006cv02291 | ESTATE OF CINDY CHMAKOV v. BNC MORTGAGE et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2001cv02899 | ROBINSON v. EQUICREDIT CORPORATI, et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2002cv04702 | EASLEY v. U.S. BANK NATIONAL ASSOCIATION et al |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2007cv03861 | U.S. BANK NATIONAL ASSOCIATION v. VERIZON MARYLAND INC. et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2007cv04506 | MILLER v. SANTILLI et al |
| U.S. BANK NATIONAL ASSOCIATION (ip) | 2:2008cv02577 | HAINES v. EMC MORTGAGE et al |
| U.S. BANK NATIONAL ASSOCIATION (crd) | 2:2002cv05249 | WILLIAMS et al v. NATIONS CREDIT FINANCIAL SERVICES CORPORATION et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2002cv05249 | WILLIAMS et al v. NATIONS CREDIT FINANCIAL SERVICES CORPORATION et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2002cv02346 | SAWYER v. NATIONS CREDIT SERV. et al |

| Party Name | Case Number | Case Title |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION (in) | 2:2009cv01451 | IN RE: KENNETH A. & VALERIE D. DIXON |



**PACER Service Center**                          03/08/2026 20:20:20

| | |
|---|---|
| **User** | perronglaw |
| **Client Code** | |
| **Description** | All Court Types Party Search |
| | All Courts; Name U.S. Bank; Court ID PAE; Jurisdiction CV; Page: 1 |
| **Billable Pages** | 1 ($0.10) |

PACER FAQ                          Privacy & Security                          Contact Us

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

🇺🇸 An official website of the United States government. Here's how you know. ∨    Log in to PACER Systems 🔒



Party Search Results

**Search Criteria:** Party Search; Last Name: [U.S. Bank]
**Result Count:** 247 (5 pages)
**Current Page:** 1

| Party Name | Case Number | Case Title |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2009cv01549 | JACKSON et al v. ACCREDITED HOME LENDERS, INC. et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2009cv03180 | PATZUK v. U.S. BANK NATIONAL ASSOCIATION et al |
| U.S. BANK NATIONAL ASSOCIATION (cr) | 2:2009cv03777 | IN RE: AGNES MANU |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2009cv05284 | BECKER v. U.S. BANK NATIONAL ASSOCIATION |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2010cv00298 | ALIBEY v. WELLS FARGO BANK N.A et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2010cv04181 | THOMAS et al v. U.S. BANK NATIONAL ASSOCIATION |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2010mc00185 | U.S. BANK NATIONAL ASSOCIATION v. ALL AMERICAN PROPERTIES, INC. |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2011cv02955 | U.S. BANK NATIONAL ASSOCIATION v. APPALACHIAN SELF STORAGE, LLC |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2011cv02974 | BRYANT v. U.S. BANK NATIONAL ASSOCIATION et al |
| U.S. BANK NATIONAL ASSOCIATION (mov) | 2:2011cv03754 | RAMSEY et al v. U.S. BANCORP et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2011cv03966 | BRYANT et al v. U.S. BANK NATIONAL ASSOCIATION et al |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2011cv07513 | U.S. BANK NATIONAL ASSOCIATION v. TRIAD REALTY ASSOCIATES L.L.C. |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2011cv07756 | PARKER v. U.S. BANK NATIONAL ASSOCIATION |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2012cv00671 | BRIDGE FUNDING, INC. v. LNR PARTNERS, LLC et al |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2012cv04985 | U.S. BANK NATIONAL ASSOCIATION v. DIRECT INVEST - 80 LANCASTER, LLC et al |

| Party Name | Case Number | Case Title |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION (pla) | 5:2012cv05352 | U.S. BANK NATIONAL ASSOCIATION v. DORNEY HOSPITALITY, INC. |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2012cv05943 | DAVIS v. U.S. BANK NATIONAL ASSOCIATION |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2012cv06651 | NATIONAL EDUCATION FINANCIAL SERVICES, INC. et al v. U.S. BANK NATIONAL ASSOCIATION |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2013cv00012 | U.S. BANK NATIONAL ASSOCIATION v. UNITED STATES OF AMERICA et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2013cv01082 | SILBER v. TD BANK, NATIONAL ASSOCIATION et al |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2013cv02698 | U.S. BANK NATIONAL ASSOCIATION v. OXFORD INVESTORS, LLC |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2013cv03021 | GLENVIEW EQUITIES LLC v. GLENVIEW CORPORATE CENTER ASSOCIATES, L.P. |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2013cv03456 | U.S. BANK NATIONAL ASSOCIATION v. CHESTERBROOK VILLAGE CENTER ASSOCIATES, L.P. |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2013cv04035 | AVRICH et al v. U.S. BANK NATIONAL ASSOCIATION et al |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2013cv04362 | U.S. BANK NATIONAL ASSOCIATION v. RENAISSANCE LAND ASSOCIATES, L.P. |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2014cv00447 | U.S. BANK NATIONAL ASSOCIATION v. O'NEILL |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2014cv00559 | U.S. BANK NATIONAL ASSOCIATION v. BUCKS TOWN CENTER LP |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2014cv04324 | U.S. BANK NATIONAL ASSOCIATION v. SMITH |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2014mc00181 | U.S. BANK NATIONAL ASSOCIATION v. LEESBURG PIZZA BUFFET, LLC, ET AL. |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2014cv05017 | U.S. BANK NATIONAL ASSOCIATION v. BLUE BELL IV ASSOCIATES, L.P. |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2014cv05282 | U.S. BANK NATIONAL ASSOCIATION v. HERMANI HOTELS L.L.C. |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2014cv05921 | NEW-HOWARD v. U.S. BANK NATIONAL ASSOCIATION |

| Party Name | Case Number | Case Title |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2015cv00472 | U.S. BANK NATIONAL ASSOCIATION v. NORTH WALES ASSOCIATES |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 5:2015cv00494 | U.S. BANK NATIONAL ASSOCIATION v. DAVIS |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2015cv03397 | SCHRAVEN et al v. PHELAN HALLINAN DIAMOND & JONES, LLP et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2015cv05331 | ATLANTIC REAL ESTATE GROUP, INC. v. U.S. BANK NATIONAL ASSOCIATION |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2016cv00602 | SNEAD v. NATIONSTAR MORTGAGE LLC et al |
| U.S. BANK NATIONAL ASSOCIATION (unrep) | 2:2016cv00602 | SNEAD v. NATIONSTAR MORTGAGE LLC et al |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 5:2016cv00977 | U.S. BANK NATIONAL ASSOCIATION v. GUBRUD |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2016cv03785 | NEEMTREE HOTELS, LLC v. COLUMBIA PROPERTIES PHILADELPHIA, LLC et al |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 5:2016cv04966 | U.S. BANK NATIONAL ASSOCIATION v. WALNUTPORT ASSOCIATES, LP |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 5:2016cv06513 | CAMPBELL v. TABAS et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2017cv01902 | IN RE: SHEPPARD |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2017cv02059 | U.S. BANK NATIONAL ASSOCIATION v. BLOCK et al |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2017cv04252 | U.S. BANK NATIONAL ASSOCIATION v. WATERFORD OF WILLOW GROVE, LLC |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2002cv07949 | SMITH v. NATIONSCREDIT FINANCIAL SERVICES CORPORATION et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2002cv03182 | THOMAS v. EQUICREDIT CORPORATION et al |
| U.S. BANK NATIONAL ASSOCIATION (crd) | 2:2002cv03352 | CLARK v. NATIONS CREDIT FINANCIAL SERVICES CORP. et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2002cv03352 | CLARK v. NATIONS CREDIT FINANCIAL SERVICES CORP. et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2017cv05508 | CASSELL v. LEVY et al |
| U.S. BANK NATIONAL ASSOCIATION (trust) | 2:2017cv01956 | IN RE: GEORGE LINTON SHEPPARD |

| Party Name | Case Number | Case Title |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2018cv00695 | MCRAE v. SELECT PORTFOLIO SERVICING, INC. et al |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2024cv01041 | U.S. BANK NATIONAL ASSOCIATION v. LTD LAWN & LANDSCAPING, LLC |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2019cv01236 | U.S. BANK NATIONAL ASSOCIATION v. STOBBA ASSOCIATES L.P. et al |



| PACER Service Center | | 03/08/2026 20:20:20 |
|---|---|---|
| **User** | perronglaw | |
| **Client Code** | | |
| **Description** | All Court Types Party Search | |
| | All Courts; Name U.S. Bank; Court ID PAE; Jurisdiction CV; Page: 1 | |
| **Billable Pages** | 1 ($0.10) | |

PACER FAQ                 Privacy & Security                 Contact Us

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

🇺🇸 An official website of the United States government. Here's how you know. ⌄          Log in to PACER Systems 🔒



Party Search Results

**Search Criteria:** Party Search; Last Name: [U.S. Bank]
**Result Count:** 247 (5 pages)
**Current Page:** 1

| Party Name | Case Number | Case Title |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION (dft) | 5:2019cv03982 | WILSON v. US BANK et al |
| U.S. BANK NATIONAL ASSOCIATION (crd) | 5:2019cv03982 | WILSON v. US BANK et al |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2021cv00502 | U.S. BANK NATIONAL ASSOCIATION v. B-R Penn Realty Owner, LP |
| U.S. BANK NATIONAL ASSOCIATION (cd) | 2:2021cv00502 | U.S. BANK NATIONAL ASSOCIATION v. B-R Penn Realty Owner, LP |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2021cv04869 | ROLNIK et al v. U.S. BANK NATIONAL ASSOCIATION, ET AL. |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2024cv01041 | U.S. BANK NATIONAL ASSOCIATION v. LTD LAWN & LANDSCAPING, LLC |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2023mc00152 | U.S. BANK NATIONAL ASSOCIATION, as securities intermediary v. PACIFIC LIFE INSURANCE COMPANY |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2023mc00098 | Estate of Russell Mechling, by its Executor Ellen Ulmer v. U.S. BANK NATIONAL ASSOCIATION |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2023cv03023 | U.S. BANK EQUIPMENT FINANCE, A DIVISION OF U.S. BANK NATIONAL ASSOCIATION v. AZIM TRANSPORTATION, INC. et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2023cv04584 | PHILADELPHIA COMMUNITY GROWTH, INC. v. UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2023cv04587 | PHILADELPHIA COMMUNITY GROWTH, INC. v. UNITED STATES DEPT. OF HOUSING AND URBAN DEVELOPMENT et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2024cv00777 | BONHAGE et al v. SPECIALIZED LOAN SERVING LLC et al |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2024cv04346 | U.S. BANK NATIONAL ASSOCIATION v. KMS TRANS, INC. |

| Party Name | Case Number | Case Title |
| --- | --- | --- |
| | | et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2024cv05419 | ULBRICH v. ELAN FINANCIAL SERVICES |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2025cv02545 | Rieser et al v. U.S. BANK NATIONAL ASSOCIATION |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2025cv04245 | CRALLIE v. U.S. BANK NATIONAL ASSOCIATION et al |
| U.S. BANK NATIONAL ASSOCIATION (pla) | 2:2025cv05597 | U.S. BANK NATIONAL ASSOCIATION D/B/A U.S. BANK EQUIPMENT FINANCE v. EK MULTISERVICE, INC D/B/A EK DEMOLITION |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2025cv05687 | APPLIN v. KACZINSKI et al |
| U.S. BANK NATIONAL ASSOCIATION (dft) | 2:2026cv01400 | VINSON v. U.S. BANK NATIONAL ASSOCIATION et al |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE (cr) | 2:2009cv02598 | MANU et al v. NATIONAL CITY BANK OF INDIANA et al |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE (cr) | 2:2009cv04529 | MANU et al v. NATIONAL CITY BANK OF INDIANA et al |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE (dft) | 2:2010cv00298 | ALIBEY v. WELLS FARGO BANK N.A et al |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GREENPOINT MORTGAGE FUND TRUST SERIES 2007-AR2 STRUCTURED ASSET SECURITIES CORPORATION (cd) | 2:2018cv00548 | COMMUNITY IMPROVEMENT FUND LLC v. OMAR JAMALADDIN et al |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2006KS9 (dft) | 2:2010cv00549 | RIVERA et al v. U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2006KS9 |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF LXS 2007-7N TRUST FUND (dft) | 2:2017cv01457 | HUA et al v. LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH INVESTORS TRUST (dft) | 2:2020cv05364 | GERALDINE BERNADIN v. U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH INVESTORS TRUST et al |
| U.S. BANK NATIONAL ASSOCIATION ND (dft) | 2:2005cv02952 | PETTINEO v. U.S. BANK NATIONAL ASSOCIATION ND |
| U.S. BANK NATIONAL ASSOCIATION ND (unrep) | 2:2005cv02952 | PETTINEO v. U.S. BANK NATIONAL ASSOCIATION ND |

| Party Name | Case Number | Case Title |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION ND (dft) | 2:2020cv00798 | HARDEN v. TRANS UNION, LLC et al |
| U.S. BANK NATIONAL ASSOCIATION TRUSTEE FOR THE PHEA (pla) | 2:2017cv01774 | U.S. BANK NATIONAL ASSOCIATION TRUSTEE FOR THE PHEA v. RHODES |
| U.S. BANK NATIONAL ASSOCIATION, A NATIONAL BANKING ASSOCIATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA (pla) | 2:2016cv05485 | U.S. BANK NATIONAL ASSOCIATION, A NATIONAL BANKING ASSOCIATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA v. SANNUTI |
| U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR IN-INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION (pla) | 2:2017cv05127 | U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR IN-INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION v. CHETTY LIMITED PARTNERSHIP |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION (pla) | 2:2013cv01614 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION v. COVENTRY RETAIL LP |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST 2021-GS4 (dft) | 2:2025cv07159 | FORD v. U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST 2021-GS4 et al |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF MERRILL LYNCH MORTGAGE TRUST 2006-C2, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-C2 (pla) | 2:2010cv03497 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF MERRILL LYNCH MORTGAGE TRUST 2006-C2, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-C2 v. STONELEIGH COURT, LLC et al |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF MERRILL LYNCH MORTGAGE TRUST 2006-C2, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-C2 (pla) | 2:2014cv02913 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF MERRILL LYNCH MORTGAGE TRUST 2006-C2, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-C2 v. HIGHLAND YORKTOWN ASSOCIATES, L.P. |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF ML-CFC COMMERCIAL MORTGAGE TRUST 2007-5 (pla) | 2:2014cv03774 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF ML-CFC COMMERCIAL MORTGAGE TRUST 2007-5 v. 5921 RISING SUN ASSOCIATES, L.P. |

| Party Name | Case Number | Case Title |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2006-BC3 (dft) | 2:2017cv03566 | LICHTENSTEIN v. U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2006-BC3 et al |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, SUCCESSOR TO WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF WACHOVIA BANK COM (pla) | 2:2012cv03580 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, SUCCESSOR TO WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF WACHOVIA BANK COM v. SPRING GARDEN EAST, LP |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, N.A., (pla) | 2:2017cv02316 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, N.A., v. GLEN MILLS PROPERTIES LP |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION (pla) | 2:2012cv01053 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION v. DUTTON MILL CENTER, LLC |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION (pla) | 5:2012cv06714 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION v. SJS-95 HIGHLAND AVNEUE, L.P. |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE (pla) | 2:2017cv04366 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF BEAR STEARNS COMMERCIAL MORTGAGE SECURITIES INC., COMMER |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR IN INTEREST TO | 2:2012cv05519 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR IN INTEREST TO |

| Party Name | Case Number | Case Title |
|---|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF CD (pla) | | BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF CD v. BROOKSIDE ST. IVES, LLC et al |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION (pla) | 2:2013cv03563 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION v. CHAPMAN |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION (pla) | 5:2014cv01535 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION v. 4750 PENN GPG, L.P. |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE (pla) | 5:2011cv05054 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE v. LIGHTHOUSE WHITEHALL COMMONS, LLC |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR T (pla) | 5:2013cv05728 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR T v. ORBACH |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA NATOINAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION (pla) | 5:2011cv07763 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA NATOINAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION v. ORBACH |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF GS MORTGAGE SECURITIES CORPORATION II, | 5:2011cv03458 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF GS MORTGAGE SECURITIES CORPORATION II, COMMERCIAL MORTGAGE PASS- v |

| Party Name | Case Number | Case Title |
|---|---|---|
| COMMERCIAL MORTGAGE PASS-<br>(pla) | | CD LEHIGH VALLEY EXECUTIVE CAMPUS, L.P. et al |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF WACHOVIA BANK COMMERCIAL MORTGAGE TRUST, COMMERCIAL MORTGAGE PA (pla) | 2:2017cv02019 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF WACHOVIA BANK COMMERCIAL MORTGAGE TRUST, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-C33 v. INDEPENDEN |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE (pla) | 5:2015cv05336 | U.S. BANK NATIONAL ASSOCIATION v. VA WHITEHALL, LLC |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REG (pla) | 2:2015cv06639 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REG v. GWYNEDD OFFICE PARK ASSOCIATES, L.P. |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR TO WELLS FARGO BANK, N.A. (pla) | 5:2014cv04942 | U.S. BANK NATIONAL ASSOCIATION v. GARNET MINE ROAD LLC |

**PACER Service Center**                        03/08/2026 20:21:26

| | |
|---|---|
| **User** | perronglaw |
| **Client Code** | |
| **Description** | All Court Types Party Search |
| | All Courts; Name U.S. Bank; Court ID PAE; Jurisdiction CV; Page: 3 |
| **Billable Pages** | 1 ($0.10) |

PACER FAQ                    Privacy & Security                    Contact Us



**PACER Service Center**
(800) 676-6856



pacer@psc.uscourts.gov

This site is maintained by the Administrative Office of
the U.S. Courts on behalf of the Federal Judiciary.

🇺🇸 An official website of the United States government. Here's how you know. ⌄    Log in to PACER Systems 🔒



Party Search Results

**Search Criteria:** Party Search; Last Name: [U.S. Bank]
**Result Count:** 247 (5 pages)
**Current Page:** 3

| Party Name | Case Number | Case Title |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS (pla) | 5:2016cv00808 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS v. HSP LEHIGH VALLEY WAREHOUSE, LP |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE REGISTERED HOLDERS (pla) | 5:2014cv05209 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE REGISTERED HOLDERS v. PALMER/WILLIAM PENN, LLC |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, SUCCESSOR TO WELLS FARGO BANK, N.A., AS TRUSTEE, FOR THE REGISTERED HOLDERS OF GS MORTGAGE SECUR (pla) | 2:2012cv04550 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, SUCCESSOR TO WELLS FARGO BANK, N.A., AS TRUSTEE, FOR THE REGISTERED HOLDERS OF GS MORTGAGE SECURITIES CORPORATION II, COMMERCIAL MORTGAGE PASS-THROUGH |
| U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR-IN-INTEREST TO STATE STREET BANK AND TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF CHASE COMMERCIAL MORTGAGE SECURITIES CORP. (pla) | 2:2009cv00540 | JENKINTOWN GROUP HOLDINGS, LLC v. SUNRISE NS SUMMERSGATE L.P. |
| U.S. BANK NATIONAL ASSOCIATION, TRUSTEE (dft) | 2:2000cv06196 | SAMUEL, et al v. BANK OF AMERICA, et al |

| Party Name | Case Number | Case Title |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, TRUSTEE (dft) | 2:2002cv00138 | JOHNS v. EQUICREDIT CORP., et al |
| U.S. BANK NATIONAL ASSOCIATION, TRUSTEE (dft) | 2:2002cv01714 | SMITH v. THE CIT GROUP, et al |
| U.S. BANK NATIONAL ASSOCIATION, TRUSTEE, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION (pla) | 2:2017cv03714 | U.S. BANK NATIONAL ASSOCIATION, TRUSTEE, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION v. 400 EAST MARKET STREET LIMITED PARTNERSHIP |
| U.S. BANK NATIONAL ASSOCIATION, TRUSTEE, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION (pla) | 2:2014cv02333 | U.S. BANK NATIONAL ASSOCIATION, TRUSTEE, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION v. 815 LIMITED PARTNERSHIP |
| U.S. BANK PORTFOLIO SERVICES (pla) | 2:2004cv00865 | U.S. BANK PORTFOLIO SERVICES v. THE MRI CENTERS OF NEW ENGLAND, INC. et al |
| U.S. BANK PORTFOLIO SERVICES (pla) | 2:2004cv01244 | U.S. BANK PORTFOLIO SERVICES v. FARMINGTON CT CENTER, LLC et al |
| U.S. BANK PORTFOLIO SERVICES (cd) | 2:2004cv01829 | U.S. BANK PORTFOLIO SERVICES v. CUMBERLAND VALLEY SURGERY CENTER, LLC et al |
| U.S. BANK PORTFOLIO SERVICES (pla) | 2:2004cv01829 | U.S. BANK PORTFOLIO SERVICES v. CUMBERLAND VALLEY SURGERY CENTER, LLC et al |
| U.S. BANK PORTFOLIO SERVICES (pla) | 2:2005cv05066 | LYON FINANCIAL SERVICES, INC. v. UNITED RADIOLOGY ASSOCIATES, INC. et al |
| U.S. BANK PORTFOLIO SERVICES (dft) | 2:2006cv02895 | WEEMS et al v. LYON FINANCIAL SERVICES, INC. et al |
| U.S. BANK PORTFOLIO SERVICES (dft) | 2:2014cv02974 | NATIONAL MEDICAL IMAGING, LLC et al v. U.S. BANK, N.A. et al |
| U.S. BANK PORTFOLIO SERVICES (dft) | 2:2014cv05608 | ROSENBERG et al v. DVI RECEIVABLES, XVII, LLC et al |
| U.S. BANK PORTFOLIO SERVICES (dft) | 2:2016cv05044 | NATIONAL MEDICAL IMAGING, LLC et al v. U.S. BANK, N.A. et al |
| U.S. BANK PORTFOLIO SERVICES (dft) | 2:2022cv03744 | NATIONAL MEDICAL IMAGING, LLC et al v. U.S. BANK, N.A. et al |
| U.S. BANK PORTFOLIO SERVICES, FOR THE BENEFIT OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE (pla) | 2:2004cv03176 | LYON FINANCIAL SERVICES, INC. v. GRANT PLAZA IMAGING ASSOCIATES, L.P. et al |

| Party Name | Case Number | Case Title |
|---|---|---|
| U.S. BANK TRUST COMPANY NATIONAL ASSOCIATION (dft) | 2:2023cv04464 | CITY OF CHESTER v. PHCC LLC et al |
| U.S. Bank Trust Company,National Association (dft) | 2:2023cv04569 | CITY OF CHESTER v. PHCC LLC et al |
| U.S. BANK TRUST NATIONAL ASSOCIATION (dft) | 2:2016cv01951 | ESPOSITO et al v. BANK OF AMERICA, N.A. et al |
| U.S. BANK TRUST NATIONAL ASSOCIATION (dft) | 2:2016cv02636 | RUCKER v. SELENE FINANCE LP et al |
| U.S. BANK TRUST NATIONAL ASSOCIATION (dft) | 2:2025cv04743 | KORNEA v. Rushmore Servicing, LLC et al |
| U.S. BANK TRUST NATIONAL ASSOCIATION (dft) | 2:2025cv02548 | JOHNSON v. U.S. BANK TRUST NATIONAL ASSOCIATION et al |
| U.S. BANK TRUST NATIONAL ASSOCIATION (dft) | 2:2025cv05531 | Oyenuga v. NewRez LLC d/b/a Shellpoint Mortgage Servicing et al |
| U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR RCF2 ACQUISITION TRUST (dft) | 2:2025cv01903 | COTTOM et al v. SELENE FINANCE LP et al |
| U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF AMERICAN HOMEOWNER PRESERVATION TRUST SERIES 2014B (pla) | 2:2018cv02285 | U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF AMERICAN HOMEOWNER PRESERVATION TRUST SERIES 2014B et al v. FERGUSON et al |
| U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust (ip) | 2:2021cv04134 | FANELLI v. GREAT NORTHERN INSURANCE COMPANY |
| U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE LODGE SERIES III TRUST (pla) | 2:2018cv04224 | U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE LODGE SERIES III TRUST v. REDDING et al |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST 2021-GS4 (dft) | 2:2025cv01678 | FORD v. U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST 2021-GS4 |
| U.S. BANK VOYAGER FLEET SYSTEMS INC. (dft) | 2:2008cv04104 | VERONA et al v. U.S. BANKCORP et al |
| U.S. BANK, N.A. (crd) | 2:2004cv04289 | MCBRIDE v. MONITOR PRODUCTS CO. et al |
| U.S. BANK, N.A. (dft) | 2:2004cv04289 | MCBRIDE v. MONITOR PRODUCTS CO. et al |
| U.S. BANK, N.A. (dft) | 2:2006cv02895 | WEEMS et al v. LYON FINANCIAL SERVICES, INC. et al |
| U.S. BANK, N.A. (crd) | 2:2011cv01474 | MORGAN v. TRANS UNION, LLC et al |
| U.S. BANK, N.A. (dft) | 2:2011cv01474 | MORGAN v. TRANS UNION, LLC et al |

| Party Name | Case Number | Case Title |
|---|---|---|
| U.S. BANK, N.A. (ntc) | 2:2012cv01600 | THOMAS v. CITY OF PHILADELPHIA et al |
| U.S. BANK, N.A. (dft) | 5:2013cv05077 | 400 MADISON LLC et al v. WELLS FARGO BANK, N.A. et al |
| U.S. BANK, N.A. (dft) | 2:2014cv02974 | NATIONAL MEDICAL IMAGING, LLC et al v. U.S. BANK, N.A. et al |
| U.S. BANK, N.A. (cc) | 2:2014cv05608 | ROSENBERG et al v. DVI RECEIVABLES, XVII, LLC et al |
| U.S. BANK, N.A. (dft) | 2:2014cv05608 | ROSENBERG et al v. DVI RECEIVABLES, XVII, LLC et al |
| U.S. BANK, N.A. (dft) | 2:2015mc00147 | NATIONAL MEDICAL IMAGING, LLC et al v. DVI RECEIVABLES XIV, LLC et al |
| U.S. BANK, N.A. (dft) | 2:2015mc00146 | NATIONAL MEDICAL IMAGING, LLC et al v. DVI RECEIVABLES XIV, LLC et al |
| U.S. BANK, N.A. (dft) | 2:2015cv06414 | NEW-HOWARD v. JPMORGAN CHASE BANK, N.A. et al |
| U.S. BANK, N.A. (dft) | 2:2016cv04287 | LOWE v. U.S. BANK, N.A. et al |
| U.S. BANK, N.A. (cc) | 2:2016cv05044 | NATIONAL MEDICAL IMAGING, LLC et al v. U.S. BANK, N.A. et al |
| U.S. BANK, N.A. (dft) | 2:2016cv05044 | NATIONAL MEDICAL IMAGING, LLC et al v. U.S. BANK, N.A. et al |
| U.S. BANK, N.A. (dft) | 2:2017cv02366 | HUA et al v. PRIME CAPITAL FUNDING, LLC et al |
| U.S. BANK, N.A. (dft) | 2:2017cv04380 | CASTRY v. U.S. BANK, N.A. et al |
| U.S. BANK, N.A. (dft) | 2:2017cv05018 | DOUGHTY v. WELLS FARGO BANK, N.A. et al |
| U.S. BANK, N.A. (dft) | 2:2018cv01457 | LEWIS v. U.S. BANK, N.A. et al |
| U.S. BANK, N.A. (dft) | 2:2020cv01498 | ESTATE OF HAROLD BARSKY v. U.S. BANK, N.A. et al |

| PACER Service Center | | 03/08/2026 20:21:43 |
|---|---|---|
| User | perronglaw | |
| Client Code | | |
| Description | All Court Types Party Search | |
| | All Courts; Name U.S. Bank; Court ID PAE; Jurisdiction CV; Page: 4 | |
| Billable Pages | 1 ($0.10) | |

PACER FAQ                          Privacy & Security                          Contact Us



**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

This site is maintained by the Administrative Office of
the U.S. Courts on behalf of the Federal Judiciary.

🇺🇸 An official website of the United States government. Here's how you know. ⌄          Log in to PACER Systems 🔒



Party Search Results

**Search Criteria:** Party Search; Last Name: [U.S. Bank]
**Result Count:** 247 (5 pages)
**Current Page:** 1

| Party Name | Case Number | Case Title |
|---|---|---|
| U.S. BANK, N.A. (dft) | 2:2021cv05078 | LEWIS et al v. U.S. BANK, N.A. et al |
| U.S. BANK, N.A. (dft) | 2:2022cv03744 | NATIONAL MEDICAL IMAGING, LLC et al v. U.S. BANK, N.A. et al |
| U.S. BANK, N.A. (dft) | 2:2026cv01257 | Warren v. U.S. BANK, N.A. |
| U.S. BANK, NA (dft) | 2:2014cv02346 | CARABALLO v. OCWEN LOAN SERVICING, LLC et al |
| U.S. BANK, NATIONAL ASSOCIATION (dft) | 2:2007cv03272 | DEVINE et al v. AMERICA'S WHOLESALE LENDER et al |
| U.S. BANK, NATIONAL ASSOCIATION (crc) | 2:2008cv00065 | SMITH et al v. ARGENT MORTGAGE COMPANY, LLC |
| U.S. BANK, NATIONAL ASSOCIATION (mov) | 2:2008cv00065 | SMITH et al v. ARGENT MORTGAGE COMPANY, LLC |
| U.S. BANK, NATIONAL ASSOCIATION (pla) | 2:2010cv05201 | U.S. BANK, NATIONAL ASSOCIATION v. FIRST AMERICAN TITLE INSURANCE CORPORATION |
| U.S. BANK, NATIONAL ASSOCIATION (cd) | 2:2012cv00723 | U.S. BANK, NATIONAL ASSOCIATION v. ROSENBERG |
| U.S. BANK, NATIONAL ASSOCIATION (pla) | 2:2012cv00723 | U.S. BANK, NATIONAL ASSOCIATION v. ROSENBERG |
| U.S. BANK, NATIONAL ASSOCIATION (mov) | 2:2012cv06220 | PRYOR v. DUTTON et al |
| U.S. BANK, NATIONAL ASSOCIATION (pla) | 2:2012cv06766 | U.S. BANK, NATIONAL ASSOCIATION v. HC SPECTRUM PARTNERS, L.P. et al |
| U.S. BANK, NATIONAL ASSOCIATION (dft) | 2:2013cv00062 | SELIGSOHN SOENS HESS COMPANY v. BLDG MONROE, L.P. et al |
| U.S. BANK, NATIONAL ASSOCIATION (cc) | 2:2014cv04148 | CRAWFORD et al v. ROBINSON et al |
| U.S. BANK, NATIONAL ASSOCIATION (crc) | 2:2014cv04148 | CRAWFORD et al v. ROBINSON et al |
| U.S. BANK, NATIONAL ASSOCIATION (crd) | 2:2014cv04148 | CRAWFORD et al v. ROBINSON et al |

| Party Name | Case Number | Case Title |
|---|---|---|
| U.S. BANK, NATIONAL ASSOCIATION (dft) | 2:2014cv04148 | CRAWFORD et al v. ROBINSON et al |
| U.S. BANK, NATIONAL ASSOCIATION (dft) | 2:2015cv02866 | TODD v. U.S. BANK, NATIONAL ASSOCIATION et al |
| U.S. BANK, NATIONAL ASSOCIATION (dft) | 5:2018cv03825 | CAMPBELL v. POWERS, KIRN & JAVARDIAN, LLC et al |
| U.S. BANK, NATIONAL ASSOCIATION (dft) | 2:2018cv04916 | CONWAY v. U.S. BANK, NATIONAL ASSOCIATION et al |
| U.S. BANK, NATIONAL ASSOCIATION (pla) | 2:2019cv00242 | U.S. BANK, NATIONAL ASSOCIATION v. UNITED STATES OF AMERICA et al |
| U.S. BANK, NATIONAL ASSOCIATION (pla) | 2:2019cv02414 | U.S. BANK, NATIONAL ASSOCIATION v. UNITED STATES OF AMERICA et al |
| U.S. BANK, NATIONAL ASSOCIATION (dft) | 2:2021cv04594 | NATIONAL MEDICAL IMAGING, LLC et al v. U.S. BANK, NATIONAL ASSOCIATION |
| U.S. BANK, NATIONAL ASSOCIATION (dft) | 2:2023mc00089 | AMERITAS LIFE INSURANCE CORP. v. U.S. BANK, NATIONAL ASSOCIATION et al |
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES 2005-5N (dft) | 2:2016cv03292 | KHAN v. OCWEN FINANCIAL CORP. et al |
| U.S. BANK, SAINT PAUL MINNISOTA (dft) | 2:2003cv00073 | WALTERS et al v. U.S.A. et al |
| U.S. BANK. COURT (dft) | 2:2013cv02971 | BARLOW v. UNITED STATES OF AMERICA et al |
| U.S. BANK. N.A. (dft) | 2:2012cv05560 | ZANETTI v. TRANS UNION, LLC et al |
| U.S. BANKRUPTCY COURT (dft) | 2:2008cv03608 | COLE v. UNLIMITED MONEY ACCESS AND CREDIT et al |
| U.S. BANKRUPTCY COURT EASTERN DIVISION (dft) | 2:2011cv02953 | PRATER v. U.S. BANKRUPTCY COURT EASTERN DIVISION et al |
| U.S. BANKRUPTCY COURT, READING, PA (dft) | 2:2009cv03208 | ULLMAN et al v. UNITED STATES OF AMERICA et al |

**PACER Service Center**                    03/08/2026 20:22:29

| | |
|---|---|
| **User** | perronglaw |
| **Client Code** | |
| **Description** | All Court Types Party Search |
| | All Courts; Name U.S. Bank; Court ID PAE; Jurisdiction CV; Page: 5 |
| **Billable Pages** | 1 ($0.10) |

PACER FAQ                   Privacy & Security                   Contact Us



**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

This site is maintained by the Administrative Office of
the U.S. Courts on behalf of the Federal Judiciary.