UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY WHITFIELD, individually and on behalf of others similarly situated,<br>Plaintiff,<br><br>v.<br><br>PRIME AGENCY, LLC<br>Defendant. | :<br>:<br>:<br>:<br>: CIVIL ACTION NO. 2:26-CV-00327<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

I, Mark T. Sophocles, Esquire, hereby certify that on the 11th day of March 2026, a true and correct copy of the Notice of Errata was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Mark T. Sophocles*
_____
**Mark T. Sophocles, Esquire**
**Attorney for Prime Agency, LLC**

1