UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY WHITFIELD, individually and on behalf of others similarly situated, Plaintiff, v. PRIME AGENCY, LLC Defendant | : : : : : CIVIL ACTION NO. 2:26-CV-00327 : : : |

## PROPOSED ORDER

**AND NOW**, this _____ day of _____, 2026, upon consideration of Defendant Prime Agency, LLC's Motion for Leave to file Defendant's Amended Memorandum In Support of its Motion to Dismiss contained therein, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss is GRANTED.

2. Defendant, Prime Agency, LLC is granted leave to replace the Memorandum of Law in. Support of Motion to Dismiss filed at ECF No. 7;

3. Defendant, Pirme Agency, LLC is granted leave to file the Amended Memorandum of Law in Support of Motion to Dismiss attached as Exhibit A;

4. Granting such other relief as the Court deems appropriate.

**BY THE COURT:**

_____
**United States District Judge**