UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY WHITFIELD, individually and on behalf of others similarly situated, Plaintiff, | : : : : |
| v. | : CIVIL ACTION NO. 2:26-CV-00327 : |
| PRIME AGENCY, LLC Defendant. | : : |

## CERTIFICATE OF SERVICE

I, Mark T. Sophocles, Esquire, hereby certify that on the 11th day of March 2026, a true and correct copy of the Motion for Leave was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*[signature]*

Mark T. Sophocles, Esquire
**Attorney for Prime Agency, LLC**

1