**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**STANDING ORDER RE: ARTIFICIAL INTELLIGENCE IN
CASES ASSIGNED TO JUDGE SCOTT**

If any attorney for a party, or a *pro se* party, has used generative Artificial Intelligence

("AI")—including but not limited to ChatGPT, Gemini, Claude, or any other program that uses

machine learning to create new content—in a citation of any legal authority filed with the Court,

and assigned to Judge Kai N. Scott, then they **MUST**, in a clear and plain factual statement,

disclose that generative AI has been used to assist with the citation of legal authority, disclose

what specific generative AI program was used, and **CERTIFY** that each and every citation of

legal authority has been verified as accurate.

**DATED: 03/03/2025**                          **BY THE COURT:**

                                                              *s/Kai N. Scott*

                                                              **HON. KAI N. SCOTT,
                                                              United States District Court Judge**