**PERRONG LAW LLC**

Andrew Perrong <a@perronglaw.com>

## Re: Whitfield
10 messages

**Anthony Paronich** <anthony@paronichlaw.com>                Fri, Feb 13, 2026 at 1:44 PM
To: "Mark Sophocles Esq." <mark@sophocleslaw.com>, Andrew Perrong <a@perronglaw.com>, Joshua Beck <beck@becklawpa.com>

Joshua has reached out to us as well. Whoever is actually representing the client can share Andrew and I's e-mails.

We also have a pending subpoena to Mark related to a Show Cause Order down in Florida (that has not been discharged after he e-mailed the Judge but did not file a pleading) so I'm not sure how that conflict will relate to what is at play here.
----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Fri, Feb 13, 2026 at 1:41 PM Mark Sophocles Esq. <mark@sophocleslaw.com> wrote:
> Anthony
> Are you on this Philly Federal court Whitfield? I'm defending and got some money to take a shot at early intervention-it's worth calling me if you have a minute
>
>
>
> Mark T. Sophocles, Esq.
>
> 21 Industrial Blvd., Suite 201
> Paoli, PA 19301
>
> 610.651.0105
> FAX: 610.651.0106
> CELL: 215.880.8825
>
>
> CONFIDENTIALITY NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521and is legally privileged. This message, together with any attachments, is intended only for the addressee. It may contain information which is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use, or any action or reliance on this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone at (215) 880-8825 or by return e-mail and delete the message, along with any attachments.

**Joshua Beck** <beck@becklawpa.com>                Fri, Feb 13, 2026 at 1:50 PM
To: Anthony Paronich <anthony@paronichlaw.com>, "Mark Sophocles Esq." <mark@sophocleslaw.com>, Andrew Perrong <a@perronglaw.com>

I am not familiar with any subpoenas or Mark. I don't yet know the name of the attorney being retained in Pennsylvania.  I will provide upon receipt.


Sincerely,


**Joshua S. Beck, Esq.**


Beck Law, P.A.

901 Clint Moore Road, Suite C

Boca Raton, FL 33487

Telephone:  (561) 990-1647

Facsimile:   (561) 717-9673

beck@becklawpa.com

BeckLawPA.com





Important – Beck Law, P.A., utilizes spam and junk email filtration applications in its email information systems.  These systems may prevent or delay delivery of certain email communications.  If you do not receive a timely response to an email communication, please contact the intended recipient via telephone at (561) 990-1647.


This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.

[Quoted text hidden]

---

**Anthony Paronich** <anthony@paronichlaw.com>                                    Fri, Feb 13, 2026 at 1:55 PM
To: Joshua Beck <beck@becklawpa.com>
Cc: "Mark Sophocles Esq." <mark@sophocleslaw.com>, Andrew Perrong <a@perronglaw.com>

I'm glad we are all on the same page and in writing here then.

Josh has previously been identified as counsel for the Defendant in this case and we believe that to be true.

Mark, are you claiming that you were separately retained by the Defendant? Please advise.


----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

[Quoted text hidden]

---

**Mark Sophocles Esq.** <mark@sophocleslaw.com>                          Fri, Feb 13, 2026 at 4:39 PM
To: Anthony Paronich <anthony@paronichlaw.com>
Cc: Joshua Beck <beck@becklawpa.com>, Andrew Perrong <a@perronglaw.com>

Anthony- you can call me if you want to discuss early resolution- or not.
Either way I will file an Answer Monday.

Mark
[Quoted text hidden]

---

**Mark Sophocles Esq.** <mark@sophocleslaw.com>                          Tue, Feb 17, 2026 at 8:06 AM
To: Anthony Paronich <anthony@paronichlaw.com>
Cc: Andrew Perrong <a@perronglaw.com>

Anthony I entered my appearance and filed a response.  You signed the complaint PRIOR to any pro hac vice motion was filed or approved right?   Or did that get granted ?  If so please send a copy of the order granting pro hac vice.   How can you sign pleadings without being granted admission ?  If you filed the pro hac motion can you serve a copy to me?

Thanks
Mark
[Quoted text hidden]

---

**Anthony Paronich** <anthony@paronichlaw.com>                          Tue, Feb 17, 2026 at 8:56 AM
To: "Mark Sophocles Esq." <mark@sophocleslaw.com>
Cc: Andrew Perrong <a@perronglaw.com>, beck@becklawpa.com

Mark:


I don't think we are looking at the same document, so attached is the version that we have as filed. My signature block is included "subject to pro hac vice". That will be filed shortly, as we are still waiting on my CGS, which we are told will come this week. I did not sign the complaint, Jeremy did. I simply identified myself as counsel for the Plaintiff who will be seeking to appear. That is quite typical in federal court practice. Indeed, attached is a public pleading in another case from Adams & Reese with the same approach.


Of course, if you'd like to file something with the Court, we'll respond. Similar to the fact that we will be responding to your motion to dismiss that (a) alleges insufficient ATDS allegations (when no ATDS claim is lodged) and (b) purports to file a Declaratory Judgment counterclaim in the same pleading as a motion to dismiss.

Also copying Joshua Beck who has identified as counsel for the Defendant. Happy to remove him if someone confirms he will not be counsel for the Defendant.

Regards,

[Quoted text hidden]

---

**3 attachments**

 **1. Complaint against Prime Agency.pdf**
59K

 **gov.uscourts.paed.648638.7.1.pdf**
3167K

 **2025.12.01_Premier Home Pros adv. McClain_EOA_FILED.pdf**
26K

---

**Mark Sophocles Esq.** <mark@sophocleslaw.com>                    Tue, Feb 17, 2026 at 10:42 AM
To: Anthony Paronich <anthony@paronichlaw.com>
Cc: Andrew Perrong <a@perronglaw.com>, beck@becklawpa.com

I don't think Josh is entering based upon my info.  I'm not objecting to pro hac just wanted to point out that you signed
pleadings without pro hac being granted.
Just FYI.  Is there a demand in this case ?

Mark T. Sophocles, Esq.

21 Industrial Blvd., Suite 201
Paoli, PA 19301

610.651.0105
FAX: 610.651.0106
CELL: 215.880.8825

CONFIDENTIALITY NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-
2521and is legally privileged. This message, together with any attachments, is intended only for the addressee. It may
contain information which is legally privileged, confidential and exempt from disclosure. If you are not the intended
recipient, you are hereby notified that any disclosure, copying, distribution, use, or any action or reliance on this
communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by
telephone at (215) 880-8825 or by return e-mail and delete the message, along with any attachments.
[Quoted text hidden]

---

**Anthony Paronich** <anthony@paronichlaw.com>                    Tue, Feb 17, 2026 at 1:30 PM
To: "Mark Sophocles Esq." <mark@sophocleslaw.com>
Cc: Andrew Perrong <a@perronglaw.com>, beck@becklawpa.com

Again, no pleading was signed. Thanks for letting us know on the pro hac.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

[Quoted text hidden]

---

**Mark Sophocles Esq.** <mark@sophocleslaw.com>                                                    Tue, Feb 17, 2026 at 2:02 PM
To: Anthony Paronich <anthony@paronichlaw.com>
Cc: Andrew Perrong <a@perronglaw.com>

I inadvertently referenced ATDS and can strike that portion of the motion if you want to stipulate to allow me to file a corrective filing or simply blow it out in your response.
I said this before but I have no objection to Pro Hac and you can indicate the same in your motion.
I need one of you guys to please call me TODAY about ▬▬▬ for a two minute call.

Mark T. Sophocles, Esq.

21 Industrial Blvd., Suite 201
Paoli, PA 19301

610.651.0105
FAX: 610.651.0106
CELL: 215.880.8825

CONFIDENTIALITY NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521and is legally privileged. This message, together with any attachments, is intended only for the addressee. It may contain information which is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use, or any action or reliance on this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone at (215) 880-8825 or by return e-mail and delete the message, along with any attachments.
[Quoted text hidden]

---

**Mark Sophocles Esq.** <mark@sophocleslaw.com>                                                    Tue, Feb 17, 2026 at 2:28 PM
To: Anthony Paronich <anthony@paronichlaw.com>
Cc: Andrew Perrong <a@perronglaw.com>

Sorry for mixed messaging but got back to my office and reviewed the Complaint again.   Accordingly I have no objection to pro hac BUT ignore the last email about deleting the ATDS since your complaint in paragraph #4 references "technology capable of generating thousands of similar calls per day" so it's fine as drafted.

Thx

Mark T. Sophocles, Esq.

21 Industrial Blvd., Suite 201
Paoli, PA 19301

610.651.0105
FAX: 610.651.0106

CELL: 215.880.8825

CONFIDENTIALITY NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521and is legally privileged. This message, together with any attachments, is intended only for the addressee. It may contain information which is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use, or any action or reliance on this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone at (215) 880-8825 or by return e-mail and delete the message, along with any attachments.

[Quoted text hidden]