# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY WHITFIELD,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> *v.* <br><br> **PRIME AGENCY, LLC** <br><br> *Defendant.* | Case No. <br><br> 2:26-cv-00327 <br><br> **CLASS ACTION** <br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED ORDER DENYING] DEFENDANT'S MOTION TO AMEND

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the

Defendant's Motion to Amend is hereby DENIED.

Counsel for Defendant is further ORDERED to show cause, no later than the _____ day

of _____, 2026, why he should not be sanctioned for the apparently falsified and/or

hallucinated authorities in his motion, as more fully outlined in Plaintiff's opposition to the

Motion to Amend.


*BY THE COURT:*


_____
                                    J.