# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY WHITFIELD, individually and  :
on behalf of others similarly situated,   :
Plaintiff,            :
              :
    v.          :CIVIL ACTION NO. 2:26-CV-00327
              :
PRIME AGENCY, LLC,      :
Defendant.          :

## CERTIFICATE OF SERVICE

I, Mark T. Sophocles, Esquire, hereby certify that on the 27th day of March 2026, a true and correct copy of Defendant's Reply in Support of the Motion for Leave to Substitute the Corrected Memorandum was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Mark T. Sophocles, Esquire
Attorney for Prime Agency, LLC

6