# EXHIBIT "A"

<u>**DECLARATION OF MARK T. SOPHOCLES, ESQUIRE**</u>

<u>**PURSUANT TO 28 U.S.C. § 1746**</u>

I, Mark T. Sophocles, Esquire, declare as follows:

1. I am counsel of record for Defendant Prime Agency, LLC in the above-captioned matter.
2. I submit this Declaration in connection with Defendant's Motion for Leave to Substitute a Corrected Memorandum of Law.
3. I have first-hand direct, personal knowledge of the matters set forth herein.
4. The Memorandum of Law initially filed in support of Defendant's Motion to Dismiss inadvertently included portions of draft material and contained certain citation errors and an incorrect request for declaratory relief that was part of an incorrect draft version that plainly should not have been filed.
5. I am responsible for everything that gets filed in my cases and ultimately it is my responsibility to ensure that these problems do not occur.
6. I plainly failed in my responsibility, and I am deeply embarrassed personally and professionally for this inadvertence.
7. The inclusion of those materials was unintentional and occurred during the document preparation and filing process.
8. Upon recognizing the issue, I promptly reviewed the filing and prepared a corrected Memorandum of Law.
9. The corrected Memorandum does not change the substance of Defendant's arguments in support of the Motion since the legal issues presented, including those concerning Article III standing and the sufficiency of Plaintiff's allegations, remain the same.
10. I have personally reviewed and verified the citations contained in the corrected Memorandum and confirm that they accurately reflect the authorities cited.
11. The corrected Memorandum removes material that was inadvertently included in the original filing, including draft content and any unintended requests for relief.
12. I accept responsibility for the error and have implemented additional review measures to ensure accuracy in future filings in my office on all matters.
13. This Declaration is submitted to clarify the circumstances of the filing and to assist the Court in ensuring an accurate record.
14. If it pleases the Court, I am willing to testify commensurate with the statements in this Declaration and again apologize to the Court, all counsel, and litigants for my misfeasance.

I declare under penalty of perjury that the foregoing is true and correct.

BY: _____

**MARK T. SOPHOCLES, ESQUIRE**

Executed on this 27 day of MARCH , 2026

7