**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANTHONY WHITFIELD, individually and on behalf of others similarly situated, Plaintiff, | : <br> : <br> : <br> : CIVIL ACTION NO. 2:26-CV-00327 |
| v. | : <br> : |
| PRIME AGENCY, LLC Defendant. | : <br> : |

### DEFENDANT PRIME AGENCY, LLC'S RESPONSE TO PLAINTIFF ANTHONY WHITFIELD'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Prime Agency, LLC, by and through their counsel of record, Mark Sophocles, Esquire, respectfully submits this response to Plaintiff's Notice of Supplemental Authority regarding *McCormick v. Texakoma Financial, Inc*., No. 4:25-cv-773, 2026 WL 1746259 (E.D. Tex. June 11, 2026) and in support states:

1. Defendant does not dispute the general proposition recognized in *McCormick* that attorneys are responsible for the contents of papers filed with the Court.

2. Counsel for Defendant accepts full responsibility for all filings submitted on Defendant's behalf.

3. As previously acknowledged, counsel promptly corrected the record and submitted a sworn affidavit accepting full responsibility for the erroneous citations contained in an earlier filing.

4. *McCormick* is factually distinguishable. Unlike this matter, the court there issued a Rule to Show Cause and imposed sanctions based upon findings that counsel's explanations lacked credibility, were unsupported by the record, failed to account for fictitious quotations, and did not reflect genuine acceptance of responsibility.

5. Those circumstances are not present here. Upon discovering the error, undersigned counsel promptly notified the Court, filed corrected materials, accepted responsibility under oath, apologized to the Court, and did not attempt to shift responsibility to staff, third parties, or any technology platform.

6. Plaintiff has identified no prejudice resulting from the corrected citations, and the Court did not rely upon the erroneous authorities before the correction was submitted.

7. More fundamentally, *McCormick* is a sanctions decision and does not address the legal sufficiency of the claims or defenses presented by Defendant's pending Rule 12(b)(6) Motion to Dismiss.

8. Defendant respectfully submits that these circumstances materially distinguish this case from McCormick and that Plaintiff's supplemental authority should not affect the Court's consideration of the pending Rule 12(b)(6) Motion.

**WHEREFORE**, Defendant respectfully submits that *McCormick* is factually and procedurally distinguishable, that said case relates to issues collateral to the merits of the pending Rule 12(b)(6) Motion to Dismiss and provides no basis for altering this Court's consideration of that motion. Defendant respectfully requests that the Court resolve the Motion to Dismiss on its merits.

**Respectfully submitted,**

**MARK THOMAS SOPHOCLES, LLC**

_____

**MARK T. SOPHOCLES, ESQUIRE**

**ATTORNEY FOR DEFENDANT,
PRIME AGENCY, LLC**

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANTHONY WHITFIELD, individually and on behalf of others similarly situated, Plaintiff,** | : |
| | : |
| | : |
| | : **CIVIL ACTION NO. 2:26-CV-00327** |
| **v.** | : |
| | : |
| **PRIME AGENCY, LLC** | : |
| **Defendant.** | : |

## CERTIFICATE OF SERVICE

I, Mark T. Sophocles, Esquire, hereby certify that on the 25th day of June 2026, true and correct copy of Defendant's Response to Plaintiffs Notice of Supplemental Authority was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

_____
Mark T. Sophocles, Esquire