## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY WHITFIELD, individually and    :
on behalf of others similarly situated,    :
Plaintiff,    :

            : CIVIL ACTION NO. 2:26-CV-00327

       v.    :

   :

PRIME AGENCY, LLC    :
Defendant.    :

### CERTIFICATE OF SERVICE

I, Mark T. Sophocles, Esquire, hereby certify that on the 25th day of June 2026, true and correct copy of Defendant's Response to Plaintiffs Notice of Supplemental Authority was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

_____
Mark T. Sophocles, Esquire