**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY WHITFIELD** | | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PRIME AGENCY, LLC** | : | **NO. 26-327** |

**NOTICE**

Please be advised that a motion hearing in the above-captioned case will be held on Tuesday September 22, 2026 at 10:300 A.M. before the Honorable Antonio M. Pozos in courtroom 8A, 8th floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date and another attorney in such trial counsel's office, who should be as familiar, should appear at the conference.

The hearing will be continued to another date only in exceptional cases.

Very truly yours,

*A'iShah L. El-Shabazz*
Acting Deputy Clerk to Pozos

cc:

Civ 4 (4/21)