**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY WHITFIELD,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| **v.** | : | **NO. 2:26-cv-00327** |
| **PRIME AGENCY LLC,** | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW**, this 3rd day of September, 2026, IT IS HEREBY ORDERED that the Parties shall include in the Joint Status Report required by this Court's Notice of Reassignment and Standing Order a statement of the Parties' positions on whether or not discovery should proceed while Defendant's Motion to Dismiss (ECF No. 7) (the "Motion") is pending.

In their positions, the parties should take into consideration applicable factors such as: (i) whether the Motion addresses all counts of the complaint or has the potential to fully resolve or greatly simplify the case; (ii) the complexity of the Motion; (iii) the potential for avoiding wasted time; and (iv) the need for expeditious resolution of the case.

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**