**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANTHONY WHITFIELD, individually and on behalf of others similarly situated, Plaintiff,** | : |
| | : **CIVIL ACTION NO. 2:26-CV-00327** |
| **v.** | : |
| **PRIME AGENCY, LLC Defendant.** | : |

**CERTIFICATE OF SERVICE**

I, Mark T. Sophocles, Esquire, hereby certify that on the 23rd day of September 2026, a true and correct copy of Defendant Prime Agency, LLC's Answer and Affirmative Defenses to Class Action Complaint was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Mark T. Sophocles
Mark T. Sophocles, Esquire
Attorney for Plaintiff
Prime Agency, LLC