**CERTIFICATE OF SERVICE**

I certify that on October 2, 2026, I filed this response through the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

/s/ Mark Sophocles

MARK T. SOPHOCLES, ESQUIRE