**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ANTHONY WHITFIELD, individually and on behalf of others similarly situated,

Plaintiff,

v.

PRIME AGENCY, LLC,

Defendant.

Civil Action No. 2:26-cv-00327-AMP

# EXHIBIT 1

CLE Certificate: AI & the Future of Legal Search (October 1, 2026)

# Certificate of CLE Program Completion

Verified Certificate of CLE Completion

This certificate proudly presented to

## Mark Sophocles

**Bar number: 74998**

for successfully completing

## AI & the Future of Legal Search

**Course ID: LPM00**

Date of Completion

**October 01, 2026**

State of Accreditation

**Pennsylvania**

Credits Received

**1.00 General**

Pennsylvania Continuing Legal Education Board
Pennsylvania Judicial Center
601 Commonwealth Ave., Suite 3400, PO Box 62495
Harrisburg, PA, 17106-2495

LEXVID

Accredited Pennsylvania Provider # 6433 | info@lexvid.com | 877-327-1226