**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ANTHONY WHITFIELD, individually and on behalf of others similarly situated,

Plaintiff,

v.

PRIME AGENCY, LLC,

Defendant.

Civil Action No. 2:26-cv-00327-AMP

# EXHIBIT 2

CLE Certificate: Ethics of AI ChatGPT (October 1, 2026)

# Certificate of CLE Program Completion

Verified Certificate of CLE Completion

This certificate proudly presented to

## Mark Sophocles

**Bar number: 74998**

for successfully completing

## Ethics of AI ChatGPT

**Course ID: ETH00**

Date of Completion

**October 01, 2026**

State of Accreditation

**Pennsylvania**

Credits Received

**1.00 General**
**Including 1.00 Ethics**

Pennsylvania Continuing Legal Education Board
Pennsylvania Judicial Center
601 Commonwealth Ave., Suite 3400, PO Box 62495
Harrisburg, PA, 17106-2495

LEXVID

Accredited Pennsylvania Provider # 6433 | info@lexvid.com | 877-327-1226

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ANTHONY WHITFIELD, individually and on behalf of others similarly situated,

Plaintiff,

v.

PRIME AGENCY, LLC,

Defendant.

Civil Action No. 2:26-cv-00327-AMP

# EXHIBIT 3

February 13, 2026 Email

## Re: Murch v. Quest Docket: Case # 2025-61839-CIV-DAMIAN

1 message

**Mark Sophocles Esq.** <mark@sophocleslaw.com> Fri, Feb 13, 2026 at 4:20 PM
To: damian@flsd.uscourts.gov, Anthony Paronich <anthony@paronichlaw.com>, Andrew Perrong <a@perronglaw.com>, brian.feeney@gtlaw.com, Sandra.Loe@gtlaw.com, Mark.Salky@gtlaw.com, Johanna_Borges@flsd.uscourt.gov

Honorable Melissa Damian
United States District Judge
Southern District of Florida

**RE: Murch v. Quest Health Solutions, LLC et al.**
Civil Docket No. 25-CV-61839-MD

Dear Judge Damian:

I write to update the Court and respectfully request guidance regarding the above-referenced matter, following a conversation earlier today with Johanna Borges in Your Honor's chambers.

[REDACTED: client information in an unrelated matter]

Additionally, I have recently been out of the office frequently due to serious health challenges faced by my elderly parents, which make travel difficult for the foreseeable future.

Given these circumstances, I respectfully request a brief conference with Your Honor and counsel of record, or alternatively, a phone call with your law clerk to discuss how best to proceed. I have also received a subpoena from Plaintiff and am compiling responses and objections.

Thank you for your consideration. Please feel free to contact me at your convenience.

Respectfully submitted,

Mark Sophocles, Esquire