**P. PERRONG LAW LLC**

**Andrew Perrong <a@perronglaw.com>**

## You can call me Mark

**Mark Sophocles Esq.** <mark@sophocleslaw.com> Fri, Feb 13, 2026 at 7:49 PM
To: Andrew Perrong <a@perronglaw.com>

Andrew what happened to the nice kid who would
call me back the next day? Now you don't even reply to most emails and never call me back.

Come on man! I expect Anthony to always and only be nasty (lol!) that's just his thing I get it and it's fun to watch. I literally do not care and laugh about how he is ONLY ever nasty to me it's kind of stunning now but you? You aren't that guy.
Come on kid. Call me back and be a gentleman. I thought I taught you to be better than not returning any calls !

Mark T. Sophocles, Esq.

21 Industrial Blvd., Suite 201
Paoli, PA 19301

610.651.0105
FAX: 610.651.0106
CELL: 215.880.8825

CONFIDENTIALITY NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521and is legally privileged. This message, together with any attachments, is intended only for the addressee. It may contain information which is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use, or any action or reliance on this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone at (215) 880-8825 or by return e-mail and delete the message, along with any attachments.