## CERTIFICATE OF SERVICE

I certify that on October 14, 2026, I filed the foregoing First Amended Answer and Affirmative Defenses through the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

/s/ Mark T. Sophocles
MARK T. SOPHOCLES, ESQUIRE
PA Attorney I.D. No. 74998
21 Industrial Boulevard, Suite 201
Paoli, PA 19301
Telephone: 610-651-0105
mark@sophocleslaw.com
Counsel for Defendant Prime Agency, LLC