**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY WHITFIELD** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-cv-327** |
| | : | |
| **PRIME AGENCY, LLC** | : | |

# ORDER

AND NOW, this 20th day of October 2026, it is hereby **ORDERED** as follows:

1. The **Rule 16 Initial Pretrial Conference** is scheduled for **November 19, 2026** at **11:30 AM** via **video conference** before the **Honorable Antonio M. Pozos**. Chambers staff will email the Microsoft Teams link to all counsel of record.

2. If they have not already, all counsel must review Judge Pozos' policies and procedures, available on his page on the Court's website.

3. The parties shall engage in early, ongoing, and meaningful discovery planning proportional to the needs of your case to allow plaintiff to timely file a Rule 26 report.

4. The parties must hold an initial Rule 26(f) conference no later than **October 29, 2026**.

5. If they have not already, the parties shall exchange the required initial disclosures under Fed. R. Civ. P. 26(a) on or before **November 5, 2026**.

6. If the parties have not begun discovery, then the discovery period begins on **November 5, 2026** and the parties shall exchange written discovery requests promptly thereafter.

7. If they have not already, all parties must comply with Rule 7.1 within two (2) days of this order. Parties must supplement as needed. *See* Fed. R. Civ. P. 7.1(b).

8. After consulting with all parties, Plaintiff's counsel shall complete and file the

required **Rule 26(f) Report** incorporating, at a minimum, the contents of Judge Pozos' draft report located on the court's website, before **November 12, 2026**. Counsel is further directed to file the Rule 26(f) Report to the docket via the court's Electronic Case Filing (ECF) system.

9. Lead trial counsel are required to appear at the conference; and,

10. Lead trial counsel shall have addressed settlement with all parties and be prepared to discuss status of settlement, including authority from the clients to settle.

/s/ Antonio M. Pozos

**ANTONIO M. POZOS, J.**