**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**ANTHONY WHITFIELD**, individually and on behalf of others similarly situated,

Plaintiff,

v.

**PRIME AGENCY, LLC,**

Defendant.

CIVIL ACTION

**No. 2:26-cv-00327-AMP**

CLASS ACTION

**CERTIFICATION OF COMPLIANCE WITH ORDER**

**DATED OCTOBER 19, 2026 (ECF No. 33)**

I, Mark T. Sophocles, Esquire, counsel for Defendant Prime Agency, LLC, certify as follows in compliance with paragraphs 23(a) and 23(d) of the Court's Order dated October 19, 2026 (ECF No. 33):

**PAYMENT OF MONETARY SANCTION (ORDER ¶ 23(A))**

1. On October 20, 2026, I paid the monetary sanction of $1,000.00 to the Gary Sinise Foundation via ***www.garysinisefoundation.org*** online payment using my personal funds and personal credit card).
2. The payment was made from my personal funds and not from any client or trust account. A copy of the payment confirmation, with account information redacted, is attached as Exhibit A.

**NOTICE TO CLIENT (ORDER ¶ 23(D))**

3. On October 20, 2026, I provided a copy of the Order to Show Cause (ECF No. 25) and the Court's Order of October 19, 2026 (ECF No. 33) to my client, Defendant Prime Agency, LLC, by email to clients at Prime Agency, LLC whose names are redacted.

**CERTIFICATION REQUIRED BY ORDER ¶ 23(B)**

Pursuant to paragraph 23(b) of the Order, I, Mark Thomas Sophocles, Esquire, further affirm and certify that:

(1) I personally reviewed this filing PRIOR to efiling this document;

(2) I confirmed that all citations in it are accurate; and

(3) every and all facts asserted in this filing have a good faith basis in fact and are true, accurate and correct to my knowledge, understanding and belief.

Respectfully submitted,

/s/Mark T. Sophocles

**Mark T. Sophocles, Esquire**
**PA Attorney I.D. No. 74998**
**MARK THOMAS SOPHOCLES, LLC**
**21 Industrial Blvd., Suite 201**
**Paoli, PA 19301**
**(610) 651-0105**
**mark@sophocleslaw.com**

Dated: October 20, 2026