## CERTIFICATE OF SERVICE

I certify that on October 20, 2026, I filed the foregoing Certification of Compliance through the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

/s/ Mark T. Sophocles

Mark T. Sophocles, Esquire

Dated: October 20, 2026