# EXHIBIT A

Donation receipt (home address redacted)

# Official Donation Receipt

For Income Tax Purposes

| ORGANIZATION CONTACT PHONE | CAMPAIGN CONTACT EMAIL |
| --- | --- |
| 615-575-3500 | donor@garysinisefoundation.org |

| | |
| --- | --- |
| RECEIPT NUMBER (OID) | 197934268 |
| ORGANIZATION NAME | Gary Sinise Foundation |
| ORGANIZATION ADDRESS | P.O. Box 1858<br>Merrifield, VA 22116-9641 |
| FEDERAL TAX ID | 800587086 |

| | |
| --- | --- |
| DATE DONATION RECEIVED | Oct 20, 2026 |
| RECEIPT ISSUE DATE | 10/20/2026 |
| BILLING NAME | Mark Sophocles |
| BILLING ADDRESS | [redacted] |

| | |
| --- | --- |
| DONATION AMOUNT | $1,000.00 |
| FEES COVERED | $0.00 |
| TOTAL AMOUNT TAX DEDUCTIBLE | $1,000.00 |
| DONATION TYPE | One-Time |
| LOCATION RECEIPT ISSUED | P.O. Box 1858<br>Merrifield, VA 22116-9641 |
| AUTHORIZED SIGNATURE | Donna Mercier, Executive Director |

Donna Mercier

**Tax Deductibility**

Gary Sinise Foundation is a 501(c)(3) nonprofit organization. Our Federal Tax Identification Number is 80-0587086. Your contribution is tax-deductible to the extent allowed by law. No goods or services were provided in exchange for your generous financial donation.

Gary Sinise Foundation Privacy Policy

Terms of Service • Privacy Notice

Gmail

Mark Sophocles <marksophocles@gmail.com>

**Thank you for your donation, Mark! Your tax receipt is enclosed.**

**Gary Sinise Foundation** <info@gary-sinise-foundation.prosend.gofundme.com>
To: Mark Sophocles <Marksophocles@gmail.com>

Tue, Oct 20, 2026 at 10:05 AM

Official Donation Receipt

GARY SINISE FOUNDATION

## Thank You for Your Donation! Your Gift Receipt is Attached.

Dear Mark,

I am deeply touched by your generosity. Your compassion and patriotism will help ensure the sacrifices of our brave defenders are never forgotten.

Together, we are impacting the lives of catastrophically wounded heroes, veterans suffering the invisible wounds of war, first responders who rush into danger each and every day, families of fallen heroes who continue to grieve the loss of their loved ones who never returned, and so much more.

I'm so glad you've joined me on this journey. You are truly an essential part of our mission, our work, and our future.

Your grateful American pal,
Gary

You have donated

**$1,000.00**

to

## Gary Sinise Foundation

| | |
|---|---|
| Charged Amount | $1,000.00 |
| Donation Date | 10/20/2026 |
| Donation Number | 197934268 |
| Designation | General Funds Project |
| Phone Number | 2158808825 |

Your official receipt is attached to this email

Manage Your Donation
Login or create an account

Questions?
Contact donor@garysinisefoundation.org or visit the support center for quick answers

Gary Sinise Foundation
P.O. Box 1858
Merrifield, VA 22116-9641
Gary Sinise Foundation Privacy Policy

Terms of Service • Privacy Notice

**donation-receipt.pdf**
51K