# EXHIBIT B

Email to Prime Agency, LLC dated October 20, 2026 (recipients redacted)

Gmail

Mark Sophocles Esq. <mark@sophocleslaw.com>

**Order from Show Cause Whitfield v. Prime Agency, LLC Civil Docket 2:26-cv-00327-AMP**

1 message

**Mark Sophocles Esq.** <mark@sophocleslaw.com>
To: [redacted]

Tue, Oct 20, 2026 at 9:20 AM

Attached please find the following:
1. ECF #25 Order for Show Cause, and
2. The Order dated October 20, 2026

**Notice of Electronic Filing**

The following transaction was entered on 10/20/2026 at 8:47 AM EDT and filed on 10/20/2026
**Case Name:** WHITFIELD v. PRIME AGENCY, LLC
**Case Number:** 2:26-cv-00327-AMP
**Filer:**
**Document Number:** 33

**Docket Text:**
**ORDER THAT THE COURT IMPOSES A MONETARY SANCTION OF $1,000 ON MARK T. SOPHOCLES,ESQ, PAYABLE TO THE CLERK OF COURT OR A CHARITY OF HIS CHOOSING WITHIN FOURTEEN (14) DAYS OF THIS ORDER. MR. SOPHOCLES SHALL FILE A CERTIFICATION OF PAYMENT WITH THE COURT VIA ECF WHEN COMPLETED. IN ALL FILINGS MADE BY MARK T. SOPHOCLES, ESQ TO THE COURT ON THIS MATTER GOING FORWARD, MR. SOPHOCLES WILL CERTIFY THAT: (1) HE PERSONALLY REVIEWED THE FILING; (2) CONFIRMED ALL CITATIONS ARE ACCURATE; AND ALL FACTS ASSERTED HAVE A GOOD FAITH BASIS IN FACT. THIS COURT WILL NOT TOLERATE ADDITIONAL VIOLATIONS OF FED. R. CIV. P.11. ANY FURTHER VIOLATIONS BY MARK T. SOPHOCLES, ESQ, WILL RESULT IN DISQUALIFICATION FROM THIS MATTER. MARK T. SOPHOCLES, ESQ SHALL PROVIDE A COPY OF THE ORDER TO SHOW CAUSE (ECF NO. 25) AND THIS ORDER TO HIS CLIENT, DEFENDANT PRIME AGENCY, LLC, AND CERTIFY THAT HE HAS DONE SO ON OR BEFORE FRIDAY, OCTOBER 23, 2026.THE COURT WILL TRANSMIT A COPY OF THIS ORDER TO THE DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA, SO THAT THE DISCIPLINARY BOARD MAY EVALUATE WHETHER FURTHER OVERSIGHT OF MR. SOPHOCLES PRACTICE IS NECESSARY, ETC.. SIGNED BY DISTRICT JUDGE ANTONIO M. POZOS ON 10/19/26. 10/20/26 ENTERED AND E-MAILED, MAILED TO PA DISCIPLINE BOARD(JL)**

Please let me know if you have any questions in this regard.
Regards,

Mark Thomas Sophocles, Esquire
Mark Thomas Sophocles, LLC
21 Industrial Blvd., Suite 201
Paoli, PA 19301

215.880.8825 (Cellular)
610.651.0105 (Office)
610.651.0106 (Fax)

*CONFIDENTIALITY NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. This message, together with any attachments, is intended only for the addressee. It may contain information which is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use, or any action or reliance on this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone at (215) 880-8825 or by return e-mail and delete the message, along with any attachments.*

**2 attachments**

**MTS Show Cause Order.pdf**
205K

**Doc 25 - Our Order to Show Cause.pdf**
212K