IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY WHITFIELD**, individually and on behalf of others similarly situated,<br>Plaintiff, | CIVIL ACTION |
| v. | No. 2:26-cv-00327-AMP |
| **PRIME AGENCY, LLC,**<br>Defendant. | CLASS ACTION |

**MOTION OF MARK T. SOPHOCLES, ESQUIRE, FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT PRIME AGENCY, LLC AND FOR EXPEDITED EXTENSION OF THE DEADLINES IN THE COURT'S OCTOBER 20, 2026 ORDER (ECF NO. 34)**

Mark T. Sophocles, Esquire, and Mark Thomas Sophocles, LLC (hereinafter collectively "Movant"), counsel of record for Defendant Prime Agency, LLC ("Prime"), respectfully move under Local Civil Rule 5.1 for leave to withdraw as counsel for Prime.

In support of this Motion, Movant states:

1. Movant entered an appearance for Prime in this action and has represented Prime through the pleadings stage.
2. Prime's First Amended Answer was filed on October 14, 2026.
3. Movant provided Prime with all correspondence from Plaintiff/Plaintiff Counsel; all pleadings and Orders of this Court including, but not limited to, Order to Show Cause directed to Movant in this action (ECF No. 25) and Order granting sanctions against Movant (ECF No. 33).

4. On or about October 20, 2026, Prime informed Movant that it was immediately terminating the representation and would retain new counsel.

5. Prime has since confirmed that it has discharged Movant.

6. Under Pennsylvania Rule of Professional Conduct 1.16(a)(3), a lawyer shall withdraw from the representation of a client if the lawyer is discharged.

7. Under Local Civil Rule 5.1, an attorney's appearance may not be withdrawn without leave of court unless another attorney admitted to practice in this Court enters an appearance for the same party at the same time.

8. On October 22, 2026, Movant sent Prime an executed praecipe for substitution of counsel so that successor counsel could enter an appearance without motion practice in order to quickly facilitate the most efficacious transfer of representation to new counsel.

9. As of the date of this Motion, no successor counsel has entered an appearance, and Prime has not identified successor counsel to Movant.

10. On October 20, 2026, the Court entered an Order (ECF No. 34) requiring, among other things, that the parties hold a Rule 26(f) conference no later than October 29, 2026; exchange Rule 26(a) initial disclosures on or before November 5, 2026, when the discovery period begins; and that Plaintiff's counsel, after consulting with all parties, file the Rule 26(f) Report before November 12, 2026.

11. The Order (ECF No. 34) schedules the Rule 16 Initial Pretrial Conference for November 19, 2026 at 11:30 a.m. by video and requires lead trial counsel to appear prepared to discuss settlement, with settlement authority from their clients.

12. Movant has advised Prime, in writing, that:

(a) a limited liability company may appear in federal court only through licensed counsel;

(b) Prime must promptly retain counsel admitted to practice in this Court; and

(c) failure to do so may expose Prime to default or other adverse consequences.

13. Movant has also forwarded to Prime the Court's October 20, 2026 Order (ECF No. 34) and the Rule 16 conference notice from chambers and Plaintiff's counsel's correspondence about the Rule 26(f) conference.

14. Movant's withdrawal will not prejudice Prime if Prime is given a reasonable period to retain successor counsel.

15. In order to avoid any gap in representation, Movant asks that withdrawal become effective on the earlier of the following:

(a) the entry of appearance by successor counsel for Prime, or

(b) thirty (30) days after entry of the Court's Order.

16. Until then, Movant will accept service on Prime's behalf and promptly forward all filings, orders and correspondence to Prime.

17. If the Court has not ruled on this Motion by October 29, 2026, Movant will attend the Rule 26(f) conference to the extent necessary to comply with ECF No. 34, but will not make substantive discovery commitments that would bind Prime or its successor counsel.

18. Movant understands that Prime is in the process of interviewing prospective counsel to enter their appearance(s) on behalf of Prime but at the time of filing this Motion has not formally retained same.

19. Because Movant has been discharged, Movant cannot make binding discovery or scheduling commitments for Prime at the Rule 26(f) conference or in the Rule 26(f) Report.

20. Therefore, Movant respectfully requests that the Court permit deadlines to be extended by approximately thirty (30) days, or to dates convenient to the Court after successor counsel appears, namely the following:

(a) the October 29, 2026 deadline for the Rule 26(f) conference;

(b) the November 5, 2026 deadline for initial disclosures and the start of the discovery period;

(c) the November 12, 2026 deadline for the Rule 26(f) Report; and

(d) the November 19, 2026 Rule 16 Initial Pretrial Conference. Because the Rule 26(f) conference deadline is October 29, 2026, Movant respectfully requests expedited consideration of this Motion.

21. On October 24, 2026, Movant asked Plaintiff's counsel for Plaintiff's position on this Motion and Plaintiff's counsel stated that Plaintiff opposes withdrawal until replacement counsel has entered an appearance, does not consent to a stay of existing deadlines, and is willing to address these issues at a Rule 16 conference.

22. Prime's last known and best current address is: Prime Agency, LLC, 7601 N. Federal Highway, Boca Raton, FL 33487.

23. Movant is serving this Motion on Prime at that address and by email.

24. Movant certifies that:

(A) he personally reviewed the filing;

(B) he confirmed all citations are accurate; and

(C) all facts asserted have a good faith basis in fact.

WHEREFORE, Movant respectfully requests that the Court enter the attached proposed Order granting Movant leave to withdraw as counsel for Defendant Prime Agency, LLC, effective on the

earlier of the entry of appearance by successor counsel or thirty (30) days after entry of the Order; directing Prime to have successor counsel enter an appearance within thirty (30) days; and extending the deadlines in the Court's October 20, 2026 Order (ECF No. 34), including the Rule 26(f) conference, initial disclosures, Rule 26(f) Report and November 19, 2026 Rule 16 conference, until after that period.

Respectfully submitted,
MARK THOMAS SOPHOCLES, LLC

/s/ Mark T. Sophocles

Dated: October 26, 2026

MARK T. SOPHOCLES, ESQUIRE
PA ATTORNEY I.D. NO. 74998
MARK THOMAS SOPHOCLES, LLC
21 INDUSTRIAL BLVD., SUITE 201
PAOLI, PA 19301
(610) 651-0105
MARK@SOPHOCLESLAW.COM