IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY WHITFIELD**, individually and on behalf of others similarly situated, | |
| Plaintiff, | CIVIL ACTION |
| v. | No. 2:26-cv-00327-AMP |
| **PRIME AGENCY, LLC,** | |
| Defendant. | CLASS ACTION |

**ORDER**

AND NOW, this ____ day of ______________, 2026, upon consideration of the Motion of Mark T. Sophocles, Esquire, for Leave to Withdraw as Counsel for Defendant Prime Agency, LLC, and any response thereto, it is hereby ORDERED that:

1. The Motion is GRANTED.
2. The appearance of Mark T. Sophocles, Esquire, and Mark Thomas Sophocles, LLC, on behalf of Defendant Prime Agency, LLC, is WITHDRAWN, effective on the earlier of (a) the entry of appearance by successor counsel for Defendant, or (b) thirty (30) days after the date of this Order.
3. Defendant Prime Agency, LLC shall cause counsel admitted to practice before this Court to enter an appearance on its behalf within thirty (30) days of the date of this Order.
4. Defendant is advised that a limited liability company may not appear in this Court except through licensed counsel, and that failure to comply may result in default or other sanctions.

5. Until withdrawal becomes effective, Mr. Sophocles shall accept service on Defendant's behalf and promptly forward all filings, orders and correspondence to Defendant.
6. The deadlines in the Court's October 20, 2026 Order (ECF No. 34) are EXTENDED as follows:
   (a) the Rule 26(f) conference shall be held by ______________, 2026;
   (b) Rule 26(a) initial disclosures shall be exchanged, and the discovery period shall begin, on ______________, 2026; and
   (c) Plaintiff's counsel shall file the Rule 26(f) Report by ______________, 2026.
7. The Rule 16 Initial Pretrial Conference scheduled for November 19, 2026 is CONTINUED to ______________, 2026 at ______ __.m. by video conference.
8. Mr. Sophocles shall serve a copy of this Order on Defendant at its last known mailing and email addresses within three (3) days.

BY THE COURT:

______________________

ANTONIO M. POZOS, J.