# CERTIFICATE OF SERVICE

I, Mark T. Sophocles, Esquire, certify that on October 26, 2026, I served the foregoing Motion for Leave to Withdraw as Counsel, Memorandum of Law and proposed Order on the following:

**By the Court's CM/ECF system:**

Andrew Perrong, Esquire, Perrong Law LLC — counsel for Plaintiff

Anthony Paronich, Esquire, Paronich Law, P.C., 350 Lincoln Street, Suite 2400, Hingham, MA 02043 — counsel for Plaintiff

**By first-class U.S. Mail, postage prepaid, and by email:**

Prime Agency, LLC, 7601 N. Federal Highway, Boca Raton, FL 33487 and via email to Prime.

____________________________

Mark T. Sophocles, Esquire