**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WHITFIELD** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-cv-327** |
| | : | |
| **PRIME AGENCY, LLC** | : | |

**ORDER**

AND NOW, this 27th day of October 2026, it is hereby **ORDERED** as follows:

1. The **Rule 16 Initial Pretrial Conference** previously scheduled for November 19, 2026 is cancelled and **rescheduled** for **December 8, 2026** at **10:00 AM** via **video conference** before the **Honorable Antonio M. Pozos**. Chambers staff will email the Microsoft Teams link to all counsel of record.

2. All dates and deadlines previously imposed remain in full force and effect.

/s/ Antonio M. Pozos

**ANTONIO M. POZOS, J.**