**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY WHITFIELD, individually and on behalf of others similarly situated,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| **v.** | : | **NO. 26-0327** |
| **PRIME AGENCY, LLC,** | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW**, this 27th day of October, 2026, upon consideration of the Motion of Mark T. Sophocles, Esquire, for Leave to Withdraw as Counsel for Defendant Prime Agency, LLC (ECF No. 36), it is **HEREBY ORDERED** that the Motion is **GRANTED** as follows:

1. Mark T. Sophocles, Esquire, and Mark Sophocles, LLC, are **GRANTED** leave to withdraw as counsel for Defendant Prime Agency, LLC. Counsel's withdrawal shall take effect upon the earlier of: (a) the entry of an appearance by successor counsel for Defendant; or (b) fourteen (14) days after the date of this Order.

2. Defendant **SHALL** cause successor counsel to enter an appearance on its behalf no later than fourteen (14) days after the date of this Order.

3. Defendant, a limited liability company, may appear in this Court only through licensed counsel. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201–02 (1993). If successor counsel does not enter an appearance for Plaintiff within fourteen (14) days after the date of this Order, the Court may take appropriate action, including entering default and/or default judgment against Defendant.

4. If the withdrawal of counsel becomes effective before successor counsel enters an appearance, the Clerk of Court and the parties shall serve Defendant at 4425 Military Trail, Suite 109, Jupiter, FL 33458.

5. Mark T. Sophocles, Esquire, **SHALL** serve a copy of this Order on Defendant by email immediately upon receipt of this Order and shall file a certificate of service on or before **October 29, 2026**.

6. The parties **SHALL** exchange the required initial disclosures under Fed. R. Civ. P. 26(a) on or before December 7, 2026.

7. The Court will issue an Order rescheduling the November 19, 2026, Rule 16 Conference and corresponding deadlines.

BY THE COURT:

/s/ Antonio M. Pozos
ANTONIO M. POZOS, J.