IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY WHITFIELD, individually and on behalf of others similarly situated,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | **No. 2:26-cv-00327-AMP** |
| **PRIME AGENCY, LLC,** | : | |
| **Defendant.** | : | |

**CERTIFICATE OF SERVICE**

I, Mark T. Sophocles, Esquire, hereby certify that I reviewed this filing before e-filing this document, that I confirmed all information is true and correct and that all facts asserted herein have a good faith basis in fact, that on October 27, 2026, pursuant to Paragraph 5 of the Court's Order dated October 27, 2026 (ECF No. 38), I served a true and correct copy of that Order on Defendant Prime Agency, LLC by electronic mail to the following:

Prime Agency, LLC
Attn: Matthew Pike - MPike@primeagencyins.com
Attn: Derek Barra — DBarra@primeagencyins.com

A copy of this Certificate of Service is being filed through the Court's CM/ECF system, which will provide notice to all counsel of record.

Respectfully submitted,
MARK THOMAS SOPHOCLES, LLC

**/s/ Mark T. Sophocles**
MARK T. SOPHOCLES, ESQUIRE
PA Attorney I.D. No. 74998
21 Industrial Blvd., Suite 201
Paoli, PA 19301

(610) 651-0105
mark@sophocleslaw.com

Dated: October 27, 2026