**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANTHONY WHITFIELD, individually and on behalf of a class of all persons and entities similarly situated, | : | |
| | : | Case Number: 2:26-cv-00327 |
| Plaintiff, | : | |
| vs. | : | |
| PRIME AGENCY, LLC., | : | |
| Defendant. | : | |

---

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter the appearance of Monica M. Reynolds as counsel for Defendant Prime Agency, LLC in the above-captioned case.

Respectfully submitted,

*/s/ Monica M. Reynolds*

Monica M. Reynolds
Attorney I.D. No. 86616
**CONNOR, WEBER & OBERLIES**
171 West Lancaster Avenue
Paoli, PA 19301
Tel: (610) 640-2805
Fax: (610) 640-1520
MReynolds@cwolaw.com

*Counsel for Defendant*
*Prime Agency, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANTHONY WHITFIELD, individually and on behalf of a class of all persons and entities similarly situated, | : | |
| Plaintiff, | : | Case Number: 2:26-cv-00327 |
| vs. | : | |
| PRIME AGENCY, LLC., | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Monica M. Reynolds, Esquire, certify that a true and correct copy of the Entry of Appearance has been filed electronically this 6th day of November, 2026 with the Clerk of Court using the CM/ECF system, which will send notification of such to all counsel of record, indicated below:

Jeremy C. Jackson, Esquire
Bower Law Associates, PLLC
403 S. Allen St., Suite 210
State College, PA 16801
Tel.: 814-234-2626
jjackson@bower-law.com

Anthony I. Paronich, Esquire
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Date: November 6, 2026

*/s/ Monica M. Reynolds*
Monica M. Reynolds

*Counsel for Defendant*
*Prime Agency, LLC*