IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY WHITFIELD, individually and on behalf of a class of all persons and entities similarly situated, : Case Number: 2:26-cv-00327

v. :

PRIME AGENCY, LLC., :

ORDER

AND NOW, this _______ day of ______________________ 20 , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add _____________________, Esquire as counsel for __________________________________. ________________ is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_________________________________
, J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:26-cv-00327

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, MOVANT'S STATEMENT

I, Joseph Lipari the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Defendant. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. *I state that I am currently admitted to practice in the following state jurisdiction(s):*

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| New York | 10/26/2004 | 4253183 |
| New Jersey | 12/6/2002 | 031822002 |
| Pennsylvania | 1/25/2012 | 312792 |

B. *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| Southern District of NY | 6/6/2006 | JL3194 |
| District of New Jersey | 12/3/2002 | JL3194 |
| Eastern District of NY | 11/27/2013 | JL3194 |

C. *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* Defendant - Prime Agency, LLC.

*Name of Attorney:* Joseph Lipari

*Firm Address:* Sultzer & Lipari, PLLC, 85 Civic Center Plz., Ste. 200, Poughkeepsie, NY 12601

*Telephone Number:* 845-483-7100

*Email Address:* liparij@thesultzerlawgroup.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 10/27/2026
*(Date)*

[signature]
*(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Joseph Lipari to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Monica M. Reynolds | Monica M. Reynolds | 2000 | 86616 |
| --- | --- | --- | --- |
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Connor, Weber & Oberlies

171 West Lancaster Avenue, Paoli, PA 19301

mreynolds@cwolaw.com Tel.: 610-640-2805

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 11/6/2026
*(Date)*

Monica M. Reynolds
*(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY WHITFIELD, individually and on behalf of a class of all persons and entities similarly situated,

v.

PRIME AGENCY, LLC.,

Case Number: 2:26-cv-00327

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of Joseph Lipari, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

Jeremy C. Jackson, Esquire
Bower Law Associates, PLLC
403 S. Allen St. Suite 210
State College, PA 16801
Tel.: 814-234-2626
jjackson@bower-law.com

Anthony I. Paronich, Esquire
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Monica Mothus Reynolds
(Signature of Attorney)

Monica M. Reynolds, Esquire
(Name of Attorney)

Prime Agency, LLC, Defendant
(Name of Moving Party)

11/6/2026
(Date)