IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY WHITFIELD | | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | No. 26-cv-327 |
| PRIME AGENCY, LLC | | |

**ORDER**

AND NOW, this 13th day of November 2026, upon consideration of the Motion for Admission *Pro Hac Vice* of Joseph Lipari, Esq. (Doc. 43), it is hereby **ORDERED** that the motion is **GRANTED**.

The Clerk of Court is **DIRECTED** to add Joseph Lipari, Esq. as attorney of record for Defendant Prime Agency, LLC. Attorney Lipari is **DIRECTED** to request electronic filing access through his PACER account.

**IT IS SO ORDERED.**

/s/ Antonio M. Pozos
U.S. District Judge